# C.W.A. Local 1182

# Amended Forensic Accounting Report

## Report Date: July 9, 2025

CITRINCOOPERMAN®

Citrin Cooperman Advisors LLC

100 Jericho Quadrangle, Suite #342
Jericho, NY 11753
T 516.931.3100
citrincooperman.com

**AMENDED FORENSIC ACCOUNTING REPORT**

July 9, 2025

Officers and Executive Board of
C.W.A. Local 1182
55 West 39th Street, Suite 11S
New York, NY 10018

The enclosed amended report, which supersedes our report dated May 26, 2025, documents our forensic accounting report regarding C.W.A. Local 1182.

Very truly yours,

Andrew P. Ross
Partner

Attachments: Exhibits A through Q

"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. The entities of Citrin Cooperman & Company, LLP and Citrin Cooperman Advisors LLC are independent member firms of the Moore North America, Inc. (MNA) Association, which is itself a regional member of Moore Global Network Limited (MGNL). All the firms associated with MNA are independently owned and managed entities. Their membership in, or association with, MNA should not be construed as constituting or implying any partnership between them.

CITRINCOOPERMAN®

# TABLE OF CONTENTS

1 OVERVIEW AND ANALYSIS .......... 1

1.1 Assignment .......... 1

1.2 Summary of Findings .......... 1

1.3 Qualifications .......... 2

1.4 Background and Analysis .......... 3

2 SUMMARY AND ADDITIONAL INFORMATION .......... 11

2.1 Conclusions .......... 11

2.2 Restrictions .......... 11

2.3 Assumption .......... 12

Exhibit A - Sources of Information Relied Upon

Exhibit B - Andrew P. Ross - Curriculum of Vitae

Exhibit C - Island Screenprint - Invoices

Exhibit D - Island Screenprint - NYS Division of Corporations

Exhibit E - Island Screenprint - Buzzfile

Exhibit F - Richard Morrison - Fastpeoplesearch

Exhibit G - Current Hand Sanitizer Pricing

Exhibit H - Talukdar - Invoices

Exhibit I - Talukder - NYS Division of Corporations

Exhibit J - Talukder - Company-detail.com

Exhibit K - NYS Sales Tax and Mock Product Search - Amazon and BJs

Exhibit L - Syed Utba - Check #1210 - $11,222.07

Exhibit M - Khalil Biryani House Receipts

Exhibit N - Syed Utba - Check #1499 - $30,270.81

Exhibit O - Jetro - AAS Empowerment LLC Receipt

Exhibit P - Panshi - Mohammad Receipt

Exhibit Q - Five Below

# 1 OVERVIEW AND ANALYSIS

## 1.1 Assignment

Citrin Cooperman Advisors LLC ("CCA") was retained by C.W.A. Local 1182 ("Local 1182") on December 17, 2024, to perform forensic accounting consulting services. Specifically, CCA was asked to perform an analysis of certain transactions that occurred during the period May 29, 2019 to March 13, 2023 (the "Analysis Period"). The Analysis Period represents the time that the Local 1182 was placed under the supervision of a Temporary Administrator, Richard (aka "Ricky") Morrison, appointed by Local 1182's parent union, the Communication Workers of America ("National CWA"). While serving as Temporary Administrator, Morrison's staff was largely made up of Local 1182 members who had been elected to office in the election prior to 2019, but Morrison had full executive power, and was the only one authorized to enter into contracts, authorize expenditures and sign checks.

This report, as amended, was prepared in conformity with the AICPA's Statement on Standards for Forensic Services ("SSFS"). The SSFS defines forensic accounting services as follows: "Forensic accounting services generally involve the application of specialized knowledge and investigative skills by a member to collect, analyze, and evaluate certain evidential matter and to interpret and communicate findings (forensic services)."

Additionally, this report, as amended, has been prepared in conformity with the AICPA's Statement on Standards for Consulting Services ("SSCS"). The SSCS states that in a consulting service, the practitioner develops the findings presented. The nature and scope of the work is determined solely by the agreement between the practitioner and the client, and the work performed is to be used for the benefit of the client.

Our analysis and opinions are based on documents, financial data, representations by Local 1182's leadership team and other information available to us at the time we prepared this report. We may update our analysis as appropriate, should additional information become available. Sources of Information Relied Upon can be found on Exhibit A.

## 1.2 Summary of Findings

Based upon our forensic accounting findings, we report the following:

- Richard Morrison, the Temporary Administrator, was the owner of Island Screenprint Corp. We are not aware that Mr. Morrison made this known to the National CWA or the staff he appointed to handle day-to-day affairs. This relationship appears to have created a conflict of interest. During the Analysis Period, Local 1182, with Morrison's approval paid Island Screenprint Corp. $383,964.05, covering 35 invoices. There is no record of any competitive bidding. All of these payments occurred during Richard Morrison's tenure as the Temporary Administrator. These invoices were for the purchase of bottled water, hand sanitizer and other miscellaneous products. There was no evidence provided that demonstrated that the products were ever delivered to Local 1182. We also observed evidence that Local 1182 appears to have been overcharged

for certain products purchased. The questions about price and evidence of delivery also raise additional red flags as to the propriety of the transactions (Section 1.4.1);

- Talukdar Enterprise Corp., a company with no internet presence and whose invoices have the name of the company misspelled, was paid $191,653.10 exclusively during Richard Morrison's tenure as the Temporary Administrator. These payments covered 18 invoices and were for the purchase of chips, cookies, soda, fruits and bottled water, as well as snack packs. Similar to Island Screenprint Corp., there was no evidence provided that the products were ever delivered to Local 1182. The descriptions contained on the invoices were vague, undefined and inadequate by any normal business practice standard. This lack of detail should have led the Temporary Administrator to question the validity of the invoices and possibly refuse payment until further documentation was obtained (Section 1.4.2);

- Syed Utba, who was Delegate of Local 1182 prior to the appointment of the Temporary Administrator, and who Morrison kept on payroll, received expense reimbursement payments in addition to salary) totaling $394,902.59 during the Analysis Period. The expense reports we analyzed contain numerous peculiarities as discussed further in this report. Payments of this magnitude do not comport with normal business practices (Section 1.4.3).

## 1.3 Qualifications

Andrew P. Ross

Andrew P. Ross is a Partner in CCA's Forensic, Litigation and Valuation Services Group and he has been in practice for more than 40 years. His business experience is concentrated in the areas of litigation support, expert witness and forensic accounting / business valuations services.

He holds the following licenses and degrees:

- Certified Public Accountant (CPA);
  New York State

- Certified Fraud Examiner (CFE);
  Association of Certified Fraud Examiners

- Certified Valuation Analyst (CVA);
  National Association of Certified Valuators and Analysts

- Personal Financial Specialists (PFS);
  American Institute of Certified Public Accountants

He has been retained as a financial consultant and expert by attorneys, financial institutions, insurance companies, businesses and individuals to perform services in complex litigation and non-litigation matters. He has lectured to various professional organizations and law firms' departments on varied commercial litigation, forensic accounting and business valuation related topics.

He was a contributing author to a book on financial forensics published in 2012 by John Wiley & Sons, Inc. and has been retained by both plaintiffs and defendants in matters in federal and state courts, as well as arbitration proceedings. His curriculum vitae is presented in Exhibit B.

## 1.4 Background and Analysis

The following background information relates to this matter.

The Communications Workers of America Local 1182 is a labor union comprised of employees of the City of New York. The purpose of Local 1182 is to achieve fair wage rates, and proper working conditions for its members. Local 1182, with approximately 2,200 to 2,400 members serves New York City uniformed Traffic Enforcement Agents. Local 1182, when not under administration, is run by its Local Executive Board, which includes various officers including the President and Secretary Treasurer, each of whom supervises Local 1182's finances.

Local 1182 was placed under Temporary Administration by its parent union, Communication Workers of America, for reasons stated in the following press release:

> *"On Wednesday, May 29, 2019, the CWA National Union Executive Board placed CWA Local 1182 in temporary administration.*
>
> *Officers of Local 1182 submitted a request for Temporary Administration due to allegations that were made which include sexual harassment, hostile work environment and financial irregularities. These were serious allegations which are being investigated by the National Union.*
>
> *On Wednesday, May 29th, Local 1182 was placed under the Supervision of a 'Temporary Administrator' – Ricky Morrison – who is employed directly by the National Union.*
>
> *When a Local is under a Temporary Administrator (a TA), the Local is not governed by the Local's Executive Board. Instead, the TA directly governs the Local. All staff report to the TA. The TA must approve all expenditures. Some people call this a 'Trusteeship,' however, in the CWA Constitution it is a 'Temporary Administrator'".*

The Temporary Administrator who was appointed was Ricky Morrison, who previously had been a Staff Representative with the National CWA. The press release goes on to further state:

> *In the immediate, we want to assure you of a few things:*
> 1) *The TA has secured Local 1182's office, books, records and assets;*
> 2) *Our first concern, commitment and priority will be to the workers we represent;*
> 3) *The TA will follow, to the letter of the law, the CWA Constitution and federal law with regard to this Temporary Administration;*
> 4) *The National Union will supervise all representation of workers while the Local is under the Temporary Administration. There will be no lapse in representation. In addition, there will be no impact on negotiations.*

5) *An audit of the financial records will be conducted.*
6) *The National Union will continue to investigation (sic) allegations of sexual harassment and hostile work environment.*

During Ricky Morrison's tenure (the Analysis Period), Local 1182 made large payments to several payees as we will detail below. These payees are i) Island Screenprint Corp., ii) Talukdar Enterprise Corp., and iii) Syed Utba.

We presented the current Local 1182 officers with a listing, by payee, of the disbursements for Local 1182 for the period 2019 through 2024. The current officers of Local 1182 reviewed this listing and asked us to limit our forensic analysis to the three payees listed above. Table - 1 below presents a truncated version of selected payees who received over $100,000 during the years 2019 through 2024 The payees (Island Screenprint Corp., Talukdar Enterprises Corp., and Syed Utba) are whom we performed our forensic analysis are included in this listing.

**Table 1 - Payees who Received $100,000 or More from 2019 through 2024**

| Payee | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|
| PAYCHEX INC. PAYROLL | 50,547.75 | 257,945.43 | 282,964.20 | 259,885.57 | 102,268.91 | | 953,611.86 |
| CORD MEYER DEVELOPEMENT LLC | 148,627.43 | 158,386.40 | 154,276.89 | 153,722.64 | 66,838.52 | | 681,851.88 |
| Syed Utba | 5,741.76 | 47,398.99 | 117,650.88 | 197,105.30 | 70,795.25 | | 438,692.18 |
| Island Screenprint Corp | | 145,846.03 | 98,267.00 | 127,435.02 | 12,416.00 | | 383,964.05 |
| PAYCHEX TPS | 22,147.83 | 95,626.25 | 103,070.36 | 104,635.77 | 38,815.19 | | 364,295.40 |
| MILLINERY SYNDICATE INC. | | | | | 87,375.00 | 114,000.00 | 201,375.00 |
| Talukdar Enterprise Corp | | | 29,345.58 | 152,236.52 | 10,071.00 | | 191,653.10 |
| GOULD, KOBRICK & SCHLAPP, P.C. | 13,500.00 | 15,550.00 | 20,075.00 | 11,775.00 | 30,169.00 | 12,000.00 | 103,069.00 |

As Table – 1 above reflects, after the Analysis Period (which ended March 13, 2023) payments to Island Screenprint and Talukdar ceased entirely. As for Syed Utba, after March 13, 2023, payments were reduced significantly – entirely ceasing in 2024. In addition, after the Analysis period, Local 1182 had significantly reduced its payments for items such as bottled water, chips, cookies and soda to other payees.

### *1.4.1 Island Screenprint Corp. ("Island Screenprint")*

During the Analysis Period, Local 1182's General Ledgers reflect payments totaling $383,964.05 to Island Screenprint comprised of 35 invoices[1]. The dates of these invoices range from March 2020 through March 2023. Local 1182's current officers were only able to locate 27 invoices, totaling $238,118.02[2]. Copies of these invoices are presented as Exhibit C. We were told that there were no purchase orders or delivery receipts for any of the items purchased from Island Screenprint.

See Table – 2 below that presents a schedule of the invoices paid to Island Screenprint.

[1] We did not observe any payments to Island Screenprint outside of the Analysis Period.
[2] The current Local 1182 officers were unable to locate the remaining eight invoices totaling $145,846.03. As per Local 1182's general ledgers, these missing invoices cover the period of March 2020 through December 2020.

**Table 2 - Invoices Paid to Island Screenprint**

| Invoice # | Date | Description | Qty | Rate | Amount | Tax | Shipping | Total |
|---|---|---|---|---|---|---|---|---|
| | | Unable to locate invoice | | | | | | 16,651.94 |
| | | Unable to locate invoice | | | | | | 16,000.00 |
| | | Unable to locate invoice | | | | | | 17,508.77 |
| | | Unable to locate invoice | | | | | | 17,509.04 |
| | | Unable to locate invoice | | | | | | 32,244.31 |
| | | Unable to locate invoice | | | | | | 17,431.73 |
| | | Unable to locate invoice | | | | | | 21,320.16 |
| | | Unable to locate invoice | | | | | | 7,180.08 |
| 9303 | 1/16/2021 | Navy Mask Lanyard with logo | 3,000 | 1.40 | $ 4,200.00 | $ 397.16 | $ 99.58 | $ 4,696.74 |
| 9303 | 1/16/2021 | Navy/Red Mask with logo on red side. Individually packed with lanyard | 3,000 | 2.65 | 7,950.00 | 689.66 | 99.58 | 8,739.24 |
| 9303 | 1/16/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 20 boxes 96 per box. | 1,920 | 2.55 | 4,896.00 | 424.73 | 99.59 | 5,420.32 |
| 9315 | 2/11/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 16 boxes 96 per box. | 1,536 | 2.55 | 3,916.80 | 347.32 | 113.45 | 4,377.57 |
| 9374 | 5/4/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40 | 697.20 | - | 8,559.60 |
| 9422 | 6/21/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00 | 747.00 | - | 9,171.00 |
| 9455 | 7/22/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00 | 747.00 | - | 9,171.00 |
| 9472 | 8/9/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40 | 697.20 | 75.00 | 8,634.60 |
| 9489 | 9/10/2021 | Port & Company Essential Fleece Pullover Hooded Sweatshirt 9oz with imprint front and back | 96 | 22.00 | 2,112.00 | 187.28 | 53.75 | 2,353.03 |
| 9495 | 9/22/2021 | 3oz Antibacterial Hand Sanitizer Bottle - 42 boxes 96 per box | 4,032 | 1.95 | 7,862.40 | 697.20 | 75.00 | 8,634.60 |
| 9556 | 11/9/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00 | 747.00 | - | 9,171.00 |
| 9585 | 12/7/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00 | 747.00 | - | 9,171.00 |
| 9602 | 12/21/2021 | 2oz Antibacterial Hand Sanitizer Bottle - 50 boxes 96 per box. | 4,800 | 1.95 | 9,360.00 | 807.30 | - | 10,167.30 |
| 9608 | 1/11/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 38 boxes 96 per box. | 3,648 | 1.95 | 7,113.60 | 613.55 | - | 7,727.15 |
| 9619 | 1/25/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 38 boxes 96 per box. | 3,648 | 1.95 | 7,113.60 | 613.55 | - | 7,727.15 |
| 9623 | 2/1/2022 | KN95 masks | 9,000 | 0.98 | 8,820.00 | 760.73 | 262.50 | 9,843.23 |
| 9623 | 2/1/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00 | 726.57 | 262.50 | 9,413.07 |
| 9657 | 3/16/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00 | 645.84 | - | 8,133.84 |
| 9694 | 5/4/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00 | 645.84 | - | 8,133.84 |
| 9718 | 6/2/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 42 boxes 96 per box | 4,032 | 1.95 | 7,862.40 | 678.13 | - | 8,540.53 |
| 9744 | 6/27/2022 | 16.9oz Bottled Water with 1182 logo on bottle | 38,400 | 0.52 | 19,968.00 | 1,722.24 | 3,670.00 | 25,360.24 |
| 9775 | 7/25/2022 | 3oz Antibacterial hand Sanitizer Bottle - 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00 | 664.00 | - | 8,152.00 |
| 9800 | 8/23/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 36 boxes 96 per box. | 3,456 | 1.95 | 6,739.20 | 597.60 | - | 7,336.80 |
| 9808 | 9/14/2022 | Port & Company Essential Fleece Pullover Hooded Sweatshirt 9oz with imprint front and back | 125 | 23.00 | 2,875.00 | 254.94 | 50.00 | 3,179.94 |
| 9820 | 9/27/2022 | 3oz Antibacterial Hand Sanitizer Bottle - 30 Boxes 96 per box. | 2,880 | 1.95 | 5,616.00 | 498.00 | - | 6,114.00 |
| 9887 | 12/7/2022 | 2oz Tottle Antibacterial Hand Sanitizer with clip-CWA Local 1182 logo | 10,000 | 1.60 | 16,050.00 | 1,423.23 | 300.00 | 17,773.23 |
| 1060 | 3/9/2023 | 2oz Tottle Antibacterial Hand Sanitizer with clip-CWA Local 1182 logo | 7,000 | 1.60 | 11,200.00 | 966.00 | 250.00 | 12,416.00 |
| | | Total | 141,757 | | $ 213,963.80 | $ 18,743.27 | $ 5,410.95 | $ 383,964.05 |

Summary of Invoices Located

| | Qty | Rate | Amount | Tax | Shipping | Total |
|---|---|---|---|---|---|---|
| Hand Sanitizer (3oz) | 37,536 | | $ 73,195.20 | $ 6,380.28 | $ 337.50 | $ 79,912.98 |
| Hand Sanitizer (2oz) | 33,600 | | 67,593.60 | 5,961.75 | 288.04 | 73,843.39 |
| Hand Sanitizer (2oz Tottle) | 17,000 | | 27,250.00 | 2,389.23 | 550.00 | 30,189.23 |
| Fleece Pullover Hooded Sweatshirts | 221 | | 4,987.00 | 442.22 | 103.75 | 5,532.97 |
| Masks | 15,000 | | 20,970.00 | 1,847.55 | 461.66 | 23,279.21 |
| Bottled Water (16.9oz with logo) | 38,400 | | 19,968.00 | 1,722.24 | 3,670.00 | 25,360.24 |
| Missing Invoices | - | | - | - | - | 145,846.03 |
| Total | 141,757 | - | $ 213,963.80 | $ 18,743.27 | $ 5,410.95 | $ 383,964.05 |

As the summary shows, of the 27 invoices that we were able to obtain, Local 1182 purchased:

- 88,136 bottles of hand sanitizer (2 oz. and 3 oz.) for $183,945.60;
- 38,400 bottles of 16.9 oz. bottled water with the CWA Local 1182 logo for $25,360.24;
- 15,000 masks for $23,279.21; and
- 221 fleece pullover hooded sweatshirts for $5,532.97.

<u>Ownership of Island Screenprint Corp.</u>

The last set of invoices for Island Screenprint list the address as 3599 Bernard Drive, Wantagh, NY 11793[3]. A search of the New York State Department of State – Division of Corporations ("NYS Division of Corporations") (Exhibit D) reveals that Island Screenprint was incorporated on February 23, 2000. The NYS Division of Corporations lists the Chief Executive Officer as Richard Morrison with an address of 20-6 Jules Court, Bohemia, NY 11716. The site also provides a service of process address as Richard Morrison of 8 Williamsburch (sic) Lane, Nesconset, NY 11767.

[3] Earlier invoices list the address as 1121 Lincoln Ave., Suite 20, Holbrook, NY 11741 and 1121 Lincoln Ave., Suite I, Holbrook, NY 11741.

An additional search of Island Screenprint using a proprietary forensic platform reveals that the "Chairman" of Island Screenprint is Richard Morrison. Furthermore, the website Buzzfile (see Exhibit E) confirms that Richard Morrison is the owner and key contact person at Island Screenprint. The site also lists 3599 Bernard Drive, Wantagh, NY 11793 as the company's location.

A search was performed, using a proprietary forensic platform, for Richard Morrison. This search confirmed that both the 3599 Bernard Drive, Wantagh, NY 11793 and 8 Williamsburgh Lane, Nesconset, NY 11767 addresses were either current or former residences of Richard Morrison. A review of the website fastpeoplesearch.com (Exhibit F) reveals that Richard Morrison resides at 8 Williamsburgh Lane, Nesconset, NY 11767. It also links Richard Morrison with the 20-6 Jules Court, Bohemia, NY 11716 and 1121 Lincoln Ave., Unit I, Holbrook, NY 11741 addresses. This website also lists 516-315-4522 as a phone number associated with the 8 Williamsburgh address. This phone number agrees with the phone number on record with Local 1182 as Ricky Morrison's cellphone number. This confirms that the Richard Morrison who owns Island Screenprint is indeed the same person as the Ricky Morrison who served as the Temporary Administrator for Local 1182.

Invoice Pricing and Other Issues

It appears that Local 1182 was over-charged for certain products it purchased from Island Screenprint. For example, as reflected in Table – 2 above, Local 1182 purchased 33,600 bottles of 2 oz. hand sanitizer for just over $2 per bottle (base price before any shipping and sales tax). In reviewing the relevant invoices, it appears that these hand sanitizers did not contain the Local 1182 logo[4]. A review of four current websites[5] (Exhibit G) indicates selling prices of between $.98 and $1.07 per bottle with some options including customized labeling. These prices are a little more than one-half of what was charged by Island Screenprint.

In addition, there were various inconsistencies regarding Island Screenprint's invoices. For example, certain invoices contained shipping charges while others did not. This is true even for the same product (e.g. 2 oz. hand sanitizer).

### *1.4.2 Talukdar Enterprise Corp. ("Talukdar" or "Talukder[6]")*

During the Analysis Period, Local 1182's General Ledgers reflect payments totaling $191,653.10 to Talukdar covering 18 invoices[7]. The dates of these invoices range from December 2020 through March 2023. We were provided with each of these 18 invoices. Copies of these invoices are presented as Exhibit H. We were told that there were no purchase orders or delivery receipts for any of the items purchased from Talukdar.

[4] This should be contrasted against the 17,000 bottles of "2 oz. Tottle Antibacterial Hand Sanitizer with clip-CWA Local 1182 logo" items that are not part of this narrative.
[5] We were unable to obtain any prices that were in effect at the time of the Analysis Period. At that time, prices may be more or less than what is discussed above.
[6] Although the letterhead spells the entity "Talukdar", the actual spelling on the New York State Department of State is "Talukder". This is further discussed later in this report.
[7] We did not observe any payments to Talukdar outside of the Analysis Period.

See Table – 3 below which presents a schedule of these invoices.

| Table 3 - Invoices Paid to Talukdar | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Date | Description | Qty | Rate | Amount | Tax | Shipping | Total |
| N/A | 12/6/2021 | Various snacks | 1,167 | | $ 13,617.85 | $ 1,192.60 | - | $ 14,810.45 |
| N/A | 12/15/2021 | Various snacks | 914 | | 13,350.30 | 1,184.83 | - | 14,535.13 |
| N/A | 12/22/2021 | Various snacks | 1,020 | | 15,357.40 | 1,362.96 | - | 16,720.36 |
| N/A | 1/4/2022 | Various snacks | 740 | | 11,153.85 | 989.90 | - | 12,143.75 |
| 5001 | 2/28/2022 | Various snacks | 106 | | 1,455.81 | 129.20 | - | 1,585.01 |
| 5002 | 3/20/2022 | Snacks Pack | 800 | 6.00 | 4,800.00 | 426.00 | - | 5,226.00 |
| 4421 | 8/1/2022 | Snacks Pack for Sunday Details July 10,17,24 | 1,200 | 6.00 | 7,200.00 | 630.00 | - | 7,830.00 |
| 7841 | 8/22/2022 | Snacks Pack for Summer Details August 6,13,20 | 1,800 | 6.00 | 10,800.00 | 945.00 | - | 11,745.00 |
| 4890 | 8/23/2022 | Various snacks | 820 | | 10,998.80 | 963.00 | - | 11,961.80 |
| 79045 | 9/5/2022 | Snacks Pack for Summer Details | 1,425 | 6.00 | 8,550.00 | 748.00 | - | 9,298.00 |
| 7540 | 9/21/2022 | Various snacks | 845 | | 11,848.05 | 1,036.00 | - | 12,884.05 |
| 8510 | 9/25/2022 | Various snacks | 625 | | 9,221.55 | 806.00 | - | 10,027.55 |
| 8510 | 9/25/2022 | Various snacks | 795 | | 10,491.00 | 918.00 | - | 11,409.00 |
| 78450 | 10/10/2022 | Snacks Pack | 800 | 8.00 | 6,400.00 | 568.00 | - | 6,968.00 |
| 784725 | 11/22/2022 | Snacks Pack for Holiday 2022 | 3,200 | 6.00 | 19,200.00 | 1,704.00 | - | 20,904.00 |
| 748875 | 12/28/2022 | Snacks Pack for Holiday 2022 | 2,500 | 5.00 | 12,500.00 | 1,034.00 | - | 13,534.00 |
| 8694578 | 1/25/2023 | Snack Pack | 1,500 | 5.00 | 7,500.00 | 666.00 | - | 8,166.00 |
| 8694445 | 3/2/2023 | Snacks Pack | 350 | 5.00 | 1,750.00 | 155.00 | - | 1,905.00 |
| | | Total | 20,607 | | $ 176,194.61 | $ 15,458.49 | - | $ 191,653.10 |

Entity Name and Ownership of Talukdar / Talukder Enterprise Corp.

The invoices state the name of the company as Talukdar Enterprise Corp. A search of the NYS Division of Corporations yielded no results with that name. However, when the name "Talukder" was substituted for "Talukdar", information regarding the subject company appears (Exhibit I) in the search. The NYS Division of Corporations confirms that the address for Talukder Enterprise Corp. is 1402 Union Port Rd, Bronx, NY 10462. We have no knowledge of why the invoices would have the name of the company misspelled. Furthermore, there is no online presence for either Talukdar Enterprise Corp. or Talukder Enterprise Corp.

In addition, the NYS Division of Corporations states that Talukder Enterprise Corp. applied for and uses an assumed name, Sundarban Halal Meat. Sundarban Halal Meat is a bodega type supermarket that operates out of 1402 Union Port Rd. in the Bronx, New York. A review of certain map websites reveals no indication of a Talukdar or Talukder operating out of that address.

A further search of the website company-detail.com (Exhibit J) shows that the processing contact individual for Talukder is Shopon Talukder residing at 1545 Unionport Rd. Apt 6C in the Bronx, New York. This is just a few blooks away from the Sundarban Halal Meat location. It is not known whether Talukder Enterprises is the entity which generated the invoices reviewed, each of which used the name "Talukdar."

Issues With Invoices

After observing the 18 Talukdar invoices, we note that these invoices are broken down into two themes, i) the purchase of various snacks comprised of chips, cookies, soda and bottled water, and ii) the purchase of snack packs consisting of the assembly of items including croissants, pourtin (sic) bars, etc.

Chips, Cookies, Soda, Fruits and Bottled Water:

We observed the following issues with these invoices:

- Many of the items included on the invoices are exempt from New York State Sales Tax, yet the invoices reflect that sales tax was charged. For example, items listed on invoice #8510 totaling $11,409.00 include the purchase of Frito-Lay chips, Oreo Cookies, Pringle chips, etc. These items are excluded from New York State Sales Tax, however sales tax of $918.00 was charged on the $10,491.00 invoice to arrive at a total of $11,409.00[8]. This was confirmed by two independent simulated purchases from Amazon and BJs (Exhibit K[9]) where Frito Lay Snack Packs and Oreo Cookies were purchased respectively. The mock checkout carts confirm no sales tax being charged. Therefore, Local 1182 should be owed a significant refund from Talukdar regarding these overpayments of sales tax;

- There are two separate invoices with the same invoice number 8510, both dated September 25, 2022. The first one is for $11,409.00 and is discussed in the above bullet. The second invoice using this invoice number is for a total of $10,027.55;

- The invoice descriptions are vague, making any further forensic analysis nearly impossible. In addition, the vagueness of the invoices should have caused the Temporary Administrator to require further detail before such an invoice was authorized for payment. Using invoice #8510 in the amount of $11,409.00 as an example, one of the items purchased was Pepsi at a unit price of $13.99 for a quantity of "50". Therefore, the cost to Local 1182 was $699.50 ($13.99 x 50). The invoice does not mention anything about the size of the container nor, whether it is a bottle or can.

<u>Snack Packs:</u>

We observed the following issue with these invoices:

- The invoice descriptions are vague, making any further forensic analysis near impossible.

### *1.4.3 Syed Utba*

Syed Utba is a Local 1182 member who had been elected to office as a Delegate prior to the installation of the Temporary Administrator, and who was kept on salary under Morrison. Mr. Utba was the recipient of large disbursements during the Analysis Period. Payments to Syed Utba during the Analysis Period totaled $394,902.59[10]. These payments were in the form of monthly expense reimbursements. We selected two such reimbursements for analysis.

As the chart below reflects, payments to Syed Utba were insignificant prior to the Analysis Period when Ricky Morrison took charge as the Temporary Administrator. During the Analysis Period, payments to Syed Utba increased steadily, culminating in 2022 with payments totaling $194,074.79.

[8] We acknowledge that certain items such as soda, bottled water and Gatorade are subject to New York State Sales Tax, however, items such as chips and cookies are not.
[9] Exhibit K contains both the NYS Tax Bulletin ST-525 along with the Amazon and BJs simulated purchase.
[10] All payments to Syed Utba, discussed in this report, are exclusive of any payroll payments that he may have received.




<u>August 11, 2021 – Check #1210 - $11,222.07 (Exhibit L)</u>

- Consists of approximately 50 receipts;
- Many of these 50 receipts were paid using cash, with the remaining receipts being paid using four different debit / credit cards;
- Many of the receipts were from Khalil Biryani House[11], a restaurant located at 2062 McGraw Avenue, Bronx, NY 10462. This restaurant is within walking distance of Utba's personal residence. Of these receipts to Khalil Biryani House, eight receipts totaling $5,184.58 (Exhibit M) contained only one line item stating, "1 Custom Item". These eight receipts were paid using cash or two separate credit cards. Interestingly, two of these charges occurred at the same moment in time (10:03 PM on August 5, 2021). One charge for $1,000.00 was paid using cash while the other charge for $2,010.00 was paid using a credit card.

<u>August 23, 2022 – Check #1499 - $30,270.81 (Exhibit N)</u>

- Consists of approximately 100 receipts;
- Many of these 100 receipts were paid using cash, with the remaining receipts being paid using no less than 25 different debit / credit cards;
- A receipt for $10,357.95 from Jetro, a cash and carry food market located in the Bronx, which states that the customer is "AAS Empowerment LLC" (Exhibit O). This entity does not have a website; however, its Facebook page identifies it as a "Policy Advocate Leadership Development & Empowerment Motivational Speaker Project Management & Foundational Advisor." AAS Empowerment LLC appears to be operated out of an apartment at 2718 Marion Ave., #3A, Bronx, NY 10458;
- A receipt for $168.76 from Panshi, a restaurant located in Jamaica, Queens, which states that the customer is "Mohammad" (Exhibit P);

[11] Some of the receipts were from Khalil Halal Chinese & Thai Restaurant, a restaurant affiliated with Khalil Biryani House and located at the same street address.

- We observed many receipts from Five Below (Exhibit Q). These payments were made using both cash and debit / credit cards. There were four groups of payments that occurred on the same date worth noting;

    - On July 30, 2022, there were two receipts for purchases that occurred within an hour of each other. The first receipt was for $222.11 at 530 Fifth Avenue in Manhattan and the other receipt was for $43.01 at 40 East 14th Street also in Manhattan. Both these receipts were paid using cash;

    - On August 10, 2022, there were three receipts for purchases that occurred within 4.5 hours of each other. These three charges were made at i) 3:35 PM in Brooklyn - $54.44 paid using cash, ii) 5:23 PM in Yonkers - $102.34 paid using a debit card ending in 9488, and iii) 7:53 PM in the Bronx - $42.56 paid using an unidentified debit or credit card;

    - On August 11, 2022, there were three receipts for purchases that occurred within 5 hours of each other. These three charges were made at i) 1:33 PM in Brooklyn - $54.44 paid using a debit card ending in 1065, ii) 6:13 PM in Pelham Manor - $130.05 paid using cash, and iii) 6:29 PM in Pelham Manor – also for $130.05 paid using a credit card ending in 2021. These last two items are interesting in that they occurred in the same store, within 16 minutes of each other with one being paid using cash and the other using a credit card. Alternating between paying using cash and debit / credit card appears suspicious;

    - On August 12, 2022, there were two receipts for purchases that occurred within 3 minutes of each other at the same Brooklyn location. The first receipt was for $114.32 and paid using cash, while the other receipt was for $21.78 and paid using a debit card ending in 2894. Alternating between cash and debit / credit card appears suspicious.

# 2 SUMMARY AND ADDITIONAL INFORMATION

## 2.1 Conclusions

Based upon our forensic accounting findings, we report the following:

- Richard Morrison, the Temporary Administrator, was the owner of Island Screenprint Corp. We are not aware that Mr. Morrison made this known to the National CWA or the staff he appointed to handle day-to-day affairs. This relationship appears to have created a conflict of interest. During the Analysis Period, Local 1182, with Morrison's approval paid Island Screenprint Corp. $383,964.05, covering 35 invoices. There is no record of any competitive bidding. All of these payments occurred during Richard Morrison's tenure as the Temporary Administrator. These invoices were for the purchase of bottled water, hand sanitizer and other miscellaneous products. There was no evidence provided that demonstrated that the products were ever delivered to Local 1182. We also observed evidence that Local 1182 appears to have been overcharged for certain products purchased. The questions about price and evidence of delivery also raise additional red flags as to the propriety of the transactions;

- Talukdar Enterprise Corp., a company with no internet presence and whose invoices have the name of the company misspelled, was paid $191,653.10 exclusively during Richard Morrison's tenure as the Temporary Administrator. These payments covered 18 invoices and were for the purchase of chips, cookies, soda, fruits and bottled water, as well as snack packs. Similar to Island Screenprint Corp., there was no evidence provided that the products were ever delivered to Local 1182. The descriptions contained on the invoices were vague, undefined and inadequate by any normal business practice standard. This lack of detail should have led the Temporary Administrator to question the validity of the invoices and possibly refuse payment until further documentation was obtained;

- Syed Utba, who was Delegate of Local 1182 prior to the appointment of the Temporary Administrator, and who Morrison kept on payroll, received expense reimbursement payments in addition to salary) totaling $394,902.59 during the Analysis Period. The expense reports we analyzed contain numerous peculiarities as discussed further in this report. Payments of this magnitude do not comport with normal business practices.

## 2.2 Restrictions

We have not audited the documents used to prepare the aforementioned report or exhibits in accordance with standards promulgated by the American Institute of Certified Public Accountants and, accordingly, express no opinion on them.

This report is intended solely for use in this matter and should not be used for any other purpose or distributed to any other parties without the written consent of CCA.

## 2.3 Assumption

In performing our analysis, we made the following assumption:

The validity of this report is predicated on the extent to which full and complete disclosure was made to us in discussions with representatives of Local 1182 that provided information to us, and in presenting the documents that were analyzed.

To our knowledge, no additional events or changes to the information submitted to CCA have occurred since it was provided to us. We reserve the right to update this report should we become aware of any additional information.

Sincerely,

Andrew P. Ross
Partner

# Exhibit A -

# Sources of Information Relied Upon

---

In preparing our analysis of Local 1182, we relied upon the following information:

- Local 1182's Chase bank statements for account ending in 4834 for the period May 2019 through March 2023;
- Annual Audited Financial Statements of CWA Local 1182 for the fiscal periods of September 30, 2019, through September 30, 2023 prepared by Gould, Kobrick & Schlapp, P.C.;
- General Ledgers of Local 1182 for the years 2019 through 2024;
- Syed Utba Expense Reimbursements - $11,222.07 and $30,270.81;
- Island Screenprint Corp. invoices;
- Talukdar Enterprise Corp. invoices;
- Various internet searches and background checks; and
- Other information, as referenced in this Report.

# Exhibit B -

# Andrew P. Ross - Curriculum of Vitae

# ANDREW P. ROSS

## PARTNER



Andrew P. Ross is a partner and has been engaged by numerous law firms to provide litigation support, expert witness and forensic accounting / business valuation services. He also handles complex business valuation assignments for gift and estate taxes.

**T.** 516.336.3134 **E.** aross@citrincooperman.com **W.** citrincooperman.com **A.** 100 Jericho Quadrangle, Suite 342 | Jericho, NY 11753

## EDUCATION

- Bachelor of Science in Accounting, Syracuse University

### LICENSES AND CERTIFICATIONS

- Certified Public Accountant
  - State of New York, 1986
- Certified Fraud Examiner
  - Association of Certified Fraud Examiners, 2011
- Certified Valuation Analyst,
  - National Association of Certified Valuators and Analysts, 2008
- Personal Financial Specialist
  - American Institute of Certified Public Accountants, 1996

## WORK & EXPERIENCE

Andrew has been retained by attorneys, businesses, insurance companies, and individuals to perform services as an expert witness and consultant in complex litigation settings on behalf of clients involved in stakeholder disputes, damage calculations, fraud investigations, matrimonial dissolutions, business valuations and other litigation related matters. He has represented clients at the federal and state levels, as well as in arbitration cases. Andrew also provides accounting and tax services to his clients in a wide array of services and industries.

Previously, Andrew was the co-partner-in-charge of the Business Valuation & Litigation Services Group at Gettry Marcus, CPA, P.C. which joined Citrin Cooperman in 2023.

## SERVICES

- Forensic Accounting
- Forensic and Litigation Advisory Services
- Fraud Investigations
- Valuation Advisory Services

## FACULTY AND COMMITTEE APPOINTMENTS

- New York State Society of Certified Public Accountants
  - Nassau County Chapter
    - Chairman, Accounting & Auditing Committee, 2004-2010

## AFFLIATIONS

- Member, American Institute of Certified Public Accountants
- Member, New York State Society of Certified Public Accountants
- Litigation Services Committee, Nassau Chapter
- Previous Chairman of the Accounting & Auditing Committee, Nassau County Chapter
- Member, Association of Certified Fraud Examiners
- Member, National Association of Certified Valuators and Analysts

CITRINCOOPERMAN®

"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. The entities of Citrin Cooperman & Company, LLP and Citrin Cooperman Advisors LLC are independent member firms of the Moore North America, Inc. (MNA) Association, which is itself a regional member of Moore Global Network Limited (MGNL). All the firms associated with MNA are independently owned and managed entities. Their membership in, or association with, MNA should not be construed as constituting or implying any partnership between them.

## PROFESSIONAL

**Citrin Cooperman Advisors LLC**
- Partner

**Gettry Marcus CPA, P.C.**
- Partner
- Member of Business Valuation & Litigation Services Group
- Member of the Quality Control Committee (past)

**Friedman, LLP**
- Senior Manager

**Feldman, Meinberg & Co., LLP**
- Partner

Employed by public accounting firms and in the private sector, 1983-1998

## BOOK CONTRIBUTIONS

*Financial Forensics Body of Knowledge*
Darrell D. Dorrell, Gregory A. Gadawski
*Wiley; 1st edition / March, 2012*
Contributing Author

Intellectual Property Strategies for the 21st Century Corporation
Lanning G. Bryer, Scott J. Lebson and Mathew D. Asbell
*Wiley; 1 edition / February, 2009*
Contributing Author

## JOURNALS AND PUBLICATIONS

*"Serving as a Financial Expert in a Wrongful Death Case"*
Andrew P. Ross
The Suffolk Lawyer, Published by The Suffolk County Bar Association, June 2016

*"The Role of the Forensic Accountant in Litigation"*
Andrew P. Ross, James E. Stewart
The Suffolk Lawyer, Published by The Suffolk County Bar Association, November 2014

*"Applying the Net Worth Method-For Proving Unreported Income"*
Mark S. Warshavsky, Andrew P. Ross
National Litigation Consultants' Review, Volume 3-2012

*"Preventing and Detecting Employee Theft and Embezzlement" Product/Book Review*
National Litigation Consultants' Review, Volume 1-2012

*"Anatomy of a Fraud Investigation" Product/Book Review*
National Litigation Consultants' Review, October/November, 2010

## LECTURES AND SPEAKING ENGAGEMENTS

*"Business Valuation Basics"*
Law Firm – CLE Presentation, March 2023



"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. The entities of Citrin Cooperman & Company, LLP and Citrin Cooperman Advisors LLC are independent member firms of the Moore North America, Inc. (MNA) Association, which is itself a regional member of Moore Global Network Limited (MGNL). All the firms associated with MNA are independently owned and managed entities. Their membership in, or association with, MNA should not be construed as constituting or implying any partnership between them.

# LECTURES AND SPEAKING ENGAGEMENTS - CONTINUED

*"Finding the Fraud"*
Law Firm – CLE Presentation, November 2022

*"How to Read & Understand Financial Statements"*
Law Firm – CLE Presentation, September 2022

*"What Force Majeure and Business Interruption Insurance means during the Pandemic"*
MSI International Conference – October 2020

*"Navigating the Paycheck Protection Program"*
Suffolk County Bar Association – CLE Presentation, June 2020

*"Business Valuation & Forensic Accounting Bootcamp for the Practicing Attorney"*
Law Firm – CLE Presentation, February 2020

*"Business Valuation Basics"*
Law Firm – CLE Presentation, May 2019

*"Business Breakups and Valuation Proceedings"*
Co-presented CLE with Franklin C. McRoberts, Esq., Nassau County Bar Association
Garden City, New York, June 2018

*"Using Forensic Accountants in Litigation"*
Issues in Commercial and Corporate Law Conference, Suffolk County Bar Association
Hauppauge, New York, October 2014

*"Fraud Prevention"*
New York State Society of Certified Public Accountants, Nassau Chapter, CFO Committee,
Mineola, New York, May 2013

*"Understanding the Business Valuation Process for Attorneys"*
Law Firm – CLE Presentation, September 2012

*"What Your Clients 'Think' You Know About Forensic Accounting"*
A one or two day course qualifying for continuing professional education credit, sponsored by the National Association of Certified Valuation Analysts, which covered Intermediate and Advanced Forensic Accounting Techniques presented to participants through its Consultants' Training Institute, May 2010

*"Business Valuation & Forensic Accounting – Tips Tools and Techniques for the Practicing Accountant"*
National Conference of CPA Practitioners, Long Island Tax Practitioners Symposium, 2010

*"Risk Based Audits and Comp & Review Update"*
National Conference of CPA Practitioners, Long Island Tax Practitioners Symposium, 2010

*"Accounting and Auditing Update"*
New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 2009

*"Accounting and Auditing Update"*
New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 2008

*"How to Get Paid On Time and How to Manage Your Receivables"*
Limousine and Chauffeured Transportation, Eastern Conference, Uncasville, Connecticut, 2008



"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. The entities of Citrin Cooperman & Company, LLP and Citrin Cooperman Advisors LLC are independent member firms of the Moore North America, Inc. (MNA) Association, which is itself a regional member of Moore Global Network Limited (MGNL). All the firms associated with MNA are independently owned and managed entities. Their membership in, or association with, MNA should not be construed as constituting or implying any partnership between them.

## LECTURES AND SPEAKING ENGAGEMENTS - CONTINUED

*"Risk Assessment Standards (SAS 104-111)"*
New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 2007

*"SAS 103 – New Audit Documentation Rules"*

New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 2006

*"Workpaper Documentation and Analytical Procedures"*
New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 2005

*"Highlights of the New Tax Law"*
New York State Society of Certified Public Accountants, Joint Nassau and Suffolk Chapters, 1998



"Citrin Cooperman" is the brand under which Citrin Cooperman & Company, LLP, a licensed independent CPA firm, and Citrin Cooperman Advisors LLC serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure. The entities of Citrin Cooperman & Company, LLP and Citrin Cooperman Advisors LLC are independent member firms of the Moore North America, Inc. (MNA) Association, which is itself a regional member of Moore Global Network Limited (MGNL). All the firms associated with MNA are independently owned and managed entities. Their membership in, or association with, MNA should not be construed as constituting or implying any partnership between them.

# Exhibit C -

# Island Screenprint - Invoices

ISLAND SCREENPRINT
3599 Bernard Dr
Wantagh, NY 11793
+1 5163154513
accounting@islandscreenprint.com

**Island Screenprint**
Screenprinting, Embroidery
& Promotional Products
Cell: 516-315-4513

# INVOICE

**BILL TO**
CWA Local 1182
108-18 Queens Blvd.
Suite 7
Forest Hills, New York 11375

**SHIP TO**
CWA Local 1182
108-18 Queens Blvd.
Suite 7
Forest Hills, New York
11375

**INVOICE #** 1060
**DATE** 03/09/2023
**DUE DATE** 04/08/2023
**TERMS** Net 30

**SHIP DATE**
03/28/2023

**SHIP VIA**
Delivery

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Hand Sanitizer** | 2oz Tottle Antibacterial Hand Sanitizer with clip- CWA Local 1182 logo | 7,000 | 1.60 | 11,200.00T |

| | |
|---|---|
| SUBTOTAL | 11,200.00 |
| TAX | 966.00 |
| SHIPPING | 250.00 |
| TOTAL | 12,416.00 |
| BALANCE DUE | **$12,416.00** |

ISLAND SCREENPRINT
3599 Bernard Dr
Wantagh, NY 11793
+1 5163154513
accounting@islandscreenprint.com

**Island Screenprint**
Screenprinting, Embroidery
& Promotional Products
Cell: 516-315-4513

# INVOICE

**BILL TO**
CWA Local 1182
108-18 Queens Blvd.
Suite 7
Forest Hills, New York 11375

**SHIP TO**
CWA Local 1182
108-18 Queens Blvd.
Suite 7
Forest Hills, New York
11375

**INVOICE #** 1060
**DATE** 03/09/2023
**DUE DATE** 04/08/2023
**TERMS** Net 30

**SHIP DATE**
03/28/2023

**SHIP VIA**
Delivery

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Hand Sanitizer | 2oz Tottle Antibacterial Hand Sanitizer with clip- CWA Local 1182 logo | 7,000 | 1.60 | 11,200.00T |

| | |
|---|---|
| SUBTOTAL | 11,200.00 |
| TAX | 966.00 |
| SHIPPING | 250.00 |
| TOTAL | 12,416.00 |
| BALANCE DUE | **$12,416.00** |

1637

NICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/15/2023

Security features. Details on back.

Y TO THE ORDER OF Island Screenprint Corp $ **12,416.00

Twelve Thousand Four Hundred Sixteen and 00/100****************************************************************************************** DOLLARS

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Santizer

⑈001637⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1637

| | | | | |
|---|---|---|---|---|
| Island Screenprint Corp | | 3/15/2023 | | |
| Members' Activities:members supplies | Hand Santizer | | | 12,416.00 |

CHASE BANK-OPER Hand Santizer 12,416.00

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1637

| | | | | |
|---|---|---|---|---|
| Island Screenprint Corp | | 3/15/2023 | | |
| Members' Activities:members supplies | Hand Santizer | | | 12,416.00 |

CHASE BANK-OPER Hand Santizer 12,416.00

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9887 | 12/07/2022 | $17,773.23 | 12/22/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 11/22/2022 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>2 oz Tottle Antibacterial Hand Sanitizer with clip CWA Local 1182 logo | 10,000 | 1.60 | 16,000.00T |
| **SET-UP**<br>Setup | 1 | 50.00 | 50.00T |

| | |
|---|---|
| SUBTOTAL | 16,050.00 |
| TAX (8.8675%) | 1,423.23 |
| SHIPPING | 300.00 |
| TOTAL | 17,773.23 |
| BALANCE DUE | **$17,773.23** |

1573

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

12/7/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **17,773.23

Seventeen Thousand Seven Hundred Seventy-Three and 23/100*********************************************************** DOLLARS

Island Screenprint Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Hand Santizer

⑈001573⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1573

Island Screenprint Corp 12/7/2022
Members' Activities:members supplies Hand Santizer 17,773.23

CHASE BANK-OPER Hand Santizer 17,773.23

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1573

Island Screenprint Corp 12/7/2022
Members' Activities:members supplies Hand Santizer 17,773.23

CHASE BANK-OPER Hand Santizer 17,773.23

PRODUCT SSLT103 USE WITH 91563 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9820 | 09/27/2022 | $6,114.00 | 10/12/2022 | Net 15 | |

**SHIP DATE**
09/21/2022

**SHIP VIA**
Delivery

**SALES REP**
CH

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 30 boxes 96 per box. | 2,880 | 1.95 | 5,616.00T |

| | |
|---|---|
| SUBTOTAL | 5,616.00 |
| TAX (8.8675%) | 498.00 |
| TOTAL | 6,114.00 |
| BALANCE DUE | **$6,114.00** |

1528

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/27/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **6,114.00

Six Thousand One Hundred Fourteen and 00/100************************************************************** DOLLARS

Island Screenprint Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Hand Santizer

⑈001528⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1528

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 9/27/2022 | |
| Members' Activities:members supplies | Hand Santizer | | 6,114.00 |

CHASE BANK-OPER Hand Santizer 6,114.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1528

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 9/27/2022 | |
| Members' Activities:members supplies | Hand Santizer | | 6,114.00 |

CHASE BANK-OPER Hand Santizer 6,114.00

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9808 | 09/14/2022 | $3,179.94 | 09/29/2022 | Net 15 | |

| SHIP DATE | P.O. NUMBER | SALES REP |
|---|---|---|
| 09/14/2022 | Cricket Winner | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SWEATS**<br>Port & Company® Essential Fleece Pullover Hooded Sweatshirt 9oz with imprint front and back | 125 | 23.00 | 2,875.00T |

| | |
|---|---|
| SUBTOTAL | 2,875.00 |
| TAX (8.8675%) | 254.94 |
| SHIPPING | 50.00 |
| TOTAL | 3,179.94 |
| BALANCE DUE | **$3,179.94** |

1513

NICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/14/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **3,179.94

Three Thousand One Hundred Seventy-Nine and 94/100*********************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Cricket Winner Sweatshirts

⑈001513⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1513

Island Screenprint Corp 9/14/2022
Members' Activities:members supplies Cricket Winner Sweatshirts 3,179.94

CHASE BANK-OPER Cricket Winner Sweatshirts 3,179.94

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1513

Island Screenprint Corp 9/14/2022
Members' Activities:members supplies Cricket Winner Sweatshirts 3,179.94

CHASE BANK-OPER Cricket Winner Sweatshirts 3,179.94

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9800 | 08/23/2022 | $7,336.80 | 09/07/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 08/22/2022 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 36 boxes 96 per box. | 3,456 | 1.95 | 6,739.20T |

| | |
|---|---|
| SUBTOTAL | 6,739.20 |
| TAX (8.8675%) | 597.60 |
| TOTAL | 7,336.80 |
| BALANCE DUE | **$7,336.80** |

1495

.UNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

8/23/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **7,336.80

Seven Thousand Three Hundred Thirty-Six and 80/100************************************************************************* DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001495⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1495

Island Screenprint Corp 8/23/2022
Members' Activities:members supplies Hand Sanitizer 7,336.80

CHASE BANK-OPER Hand Sanitizer 7,336.80

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1495

Island Screenprint Corp 8/23/2022
Members' Activities:members supplies Hand Sanitizer 7,336.80

CHASE BANK-OPER Hand Sanitizer 7,336.80

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9775 | 07/25/2022 | $8,152.00 | 08/09/2022 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00T |

| | |
|---|---|
| SUBTOTAL | 7,488.00 |
| TAX (8.8675%) | 664.00 |
| TOTAL | 8,152.00 |
| BALANCE DUE | **$8,152.00** |

1467

...ICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

7/27/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **8,152.00

Eight Thousand One Hundred Fifty-Two and 00/100*************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001467⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1467

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 7/27/2022 | |
| Members' Activities:members supplies | Hand Sanitizer | | 8,152.00 |

CHASE BANK-OPER Hand Sanitizer 8,152.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1467

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 7/27/2022 | |
| Members' Activities:members supplies | Hand Sanitizer | | 8,152.00 |

CHASE BANK-OPER Hand Sanitizer 8,152.00

PRODUCT SSLT103 USE WITH 91563 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9744 | 06/30/2022 | $25,360.24 | 07/15/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | P.O. NUMBER | SALES REP |
|---|---|---|---|
| 06/27/2022 | Trucking | Water | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **WATER**<br>16.9 oz Bottled Water with 1182 logo on bottle | 38,400 | 0.52 | 19,968.00T |

| | |
|---|---|
| SUBTOTAL | 19,968.00 |
| TAX (0.08625) | 1,722.24 |
| SHIPPING | 3,670.00 |
| TOTAL | 25,360.24 |
| BALANCE DUE | **$25,360.24** |

...TIONS WORKERS OF AMERICA,
LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1448

6/30/2022

...THE ...ER OF Island Screenprint Corp $ **25,360.24

Twenty-Five Thousand Three Hundred Sixty and 24/100************************************************************ DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO
Water

⑈001448⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1448

6/30/2022

Island Screenprint Corp 25,360.24
Members' Activities:members supplies Water

25,360.24

CHASE BANK-OPER Water

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1448

6/30/2022

Island Screenprint Corp 25,360.24
Members' Activities:members supplies Water

25,360.24

CHASE BANK-OPER Water

6/30/2022

Island Screenprint Corp **25,360.24

Twenty-Five Thousand Three Hundred Sixty and 24/100*****************************************************************************

Island Screenprint Corp

Water

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 6/30/2022 | |
| Members' Activities:members supplies | Water | | 25,360.24 |

CHASE BANK-OPER Water 25,360.24

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 6/30/2022 | |
| Members' Activities:members supplies | Water | | 25,360.24 |

CHASE BANK-OPER Water 25,360.24

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9718 | 06/02/2022 | $8,540.53 | 06/17/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 06/02/2022 | Deliver | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SPECIAL<br>3oz Antibacterial Hand Sanitizer Bottle- 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40T |

| | |
|---|---|
| SUBTOTAL | 7,862.40 |
| TAX (0.08625) | 678.13 |
| TOTAL | 8,540.53 |
| BALANCE DUE | **$8,540.53** |

1425

ICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

6/2/2022

TO THE ORDER OF Island Screenprint Corp $ **8,540.53

Eight Thousand Five Hundred Forty and 53/100****************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001425⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1425

Island Screenprint Corp 6/2/2022 8,540.53
Members' Activities:members supplies Hand Sanitizer

CHASE BANK-OPER Hand Sanitizer 8,540.53

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1425

Island Screenprint Corp 6/2/2022 8,540.53
Members' Activities:members supplies Hand Sanitizer

CHASE BANK-OPER Hand Sanitizer 8,540.53

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9694 | 05/04/2022 | $8,183.84 | 05/19/2022 | Net 15 | |

**SHIP DATE**
04/27/2022

**SHIP VIA**
Delivery

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00T |

| | |
|---|---|
| SUBTOTAL | 7,488.00 |
| TAX (0.08625) | 645.84 |
| SHIPPING | 50.00 |
| TOTAL | 8,183.84 |
| BALANCE DUE | **$8,183.84** |

1398

UNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

5/4/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **8,133.84

Eight Thousand One Hundred Thirty-Three and 84/100************************************************************ DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001398⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1398

Island Screenprint Corp 5/4/2022
Members' Activities:members supplies Hand Sanitizer 8,133.84

CHASE BANK-OPER Hand Sanitizer 8,133.84

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1398

Island Screenprint Corp 5/4/2022
Members' Activities:members supplies Hand Sanitizer 8,133.84

CHASE BANK-OPER Hand Sanitizer 8,133.84

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9657 | 03/16/2022 | $8,133.84 | 03/31/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 03/11/2022 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 40 boxes 96 per box. | 3,840 | 1.95 | 7,488.00T |

| | |
|---|---|
| SUBTOTAL | 7,488.00 |
| TAX (0.08625) | 645.84 |
| TOTAL | 8,133.84 |
| BALANCE DUE | **$8,133.84** |

1364

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

**MUNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

3/16/2022

Island Screenprint Corp $ **8,133.84

housand One Hundred Thirty-Three and 84/100************************************************************ DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

Hand Sanitizer

⑈001364⑈ ⑆021000021⑆ 446684834⑈

**JNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1364

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 3/16/2022 | |
| mbers' Activities:members supplies | Hand Sanitizer | | 8,133.84 |
| ASE BANK-OPER | Hand Sanitizer | | 8,133.84 |

**MUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1364

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 3/16/2022 | |
| Members' Activities:members supplies | Hand Sanitizer | | 8,133.84 |
| CHASE BANK-OPER | Hand Sanitizer | | 8,133.84 |

SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9623 | 02/01/2022 | $19,256.30 | 02/16/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 01/27/2022 | Masks-UPS | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **MASK**<br>KN95 masks | 9,000 | 0.98 | 8,820.00T |
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00T |

| | |
|---|---|
| SUBTOTAL | 17,244.00 |
| TAX (0.08625) | 1,487.30 |
| SHIPPING | 525.00 |
| TOTAL | 19,256.30 |
| BALANCE DUE | **$19,256.30** |

1343

…NICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

2/2/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **19,256.30

Nineteen Thousand Two Hundred Fifty-Six and 30/100************************************************************************ DOLLARS

Island Screenprint Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO KN95 Masks & Hand Sanitizer

⑈001343⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1343

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 2/2/2022 | |
| Members' Activities:members supplies | KN95 Masks & Hand Sanitizer | | 19,256.30 |

| | | |
|---|---|---|
| CHASE BANK-OPER | KN95 Masks & Hand Sanitizer | 19,256.30 |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1343

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 2/2/2022 | |
| Members' Activities:members supplies | KN95 Masks & Hand Sanitizer | | 19,256.30 |

| | | |
|---|---|---|
| CHASE BANK-OPER | KN95 Masks & Hand Sanitizer | 19,256.30 |

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9619 | 01/25/2022 | $7,727.15 | 02/09/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 01/19/2022 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 38 boxes 96 per box. | 3,648 | 1.95 | 7,113.60T |

| | |
|---|---|
| SUBTOTAL | 7,113.60 |
| TAX (0.08625) | 613.55 |
| TOTAL | 7,727.15 |
| BALANCE DUE | **$7,727.15** |

1338

**...UNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1/19/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **7,727.15

Seven Thousand Seven Hundred Twenty-Seven and 15/100********************************************************* DOLLARS

Island Screenprint Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001338⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1338

Island Screenprint Corp 1/19/2022
Members' Activities:members supplies Hand Sanitizer 7,727.15

CHASE BANK-OPER Hand Sanitizer 7,727.15

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1338

Island Screenprint Corp 1/19/2022
Members' Activities:members supplies Hand Sanitizer 7,727.15

CHASE BANK-OPER Hand Sanitizer 7,727.15

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82573827001

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9608 | 01/11/2022 | $7,727.15 | 01/26/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 01/10/2022 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 38 boxes 96 per box. | 3,648 | 1.95 | 7,113.60T |

| | |
|---|---|
| SUBTOTAL | 7,113.60 |
| TAX (0.08625) | 613.55 |
| TOTAL | 7,727.15 |
| BALANCE DUE | **$7,727.15** |

1329

...CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1/11/2022

PAY TO THE ORDER OF Island Screenprint Corp $ **7,727.15

Seven Thousand Seven Hundred Twenty-Seven and 15/100****************************************************************************** DOLLARS

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001329⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1329

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 1/11/2022 | |
| Members' Activities:members supplies | Hand Sanitizer | | 7,727.15 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Hand Sanitizer | 7,727.15 |

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1329

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 1/11/2022 | |
| Members' Activities:members supplies | Hand Sanitizer | | 7,727.15 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Hand Sanitizer | 7,727.15 |

sland Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9602 | 12/21/2021 | $10,167.30 | 01/05/2022 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 12/20/2021 | deivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SPECIAL<br>2oz Antibacterial Hand Sanitizer Bottle- 50 boxes 96 per box. | 4,800 | 1.95 | 9,360.00T |

| | |
|---|---|
| SUBTOTAL | 9,360.00 |
| TAX (0.08625) | 807.30 |
| TOTAL | 10,167.30 |
| BALANCE DUE | **$10,167.30** |

1314

MUNICATIONS WORKERS OF AMERICA,
LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

12/16/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **10,167.30

Ten Thousand One Hundred Sixty-Seven and 30/100*************************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001314⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1314

Island Screenprint Corp 12/16/2021
Members' Activities:members supplies Hand Sanitizer 10,167.30

CHASE BANK-OPER Hand Sanitizer 10,167.30

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1314

Island Screenprint Corp 12/16/2021
Members' Activities:members supplies Hand Sanitizer 10,167.30

CHASE BANK-OPER Hand Sanitizer 10,167.30

Island Screenprint Corp.
3599 Bernard Dr
Wantagh, NY 11793 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9585 | 12/07/2021 | $9,171.00 | 12/22/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 12/07/2021 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>2oz Antibacterial Hand Sanitizer Bottle- 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00T |

| | |
|---|---|
| SUBTOTAL | 8,424.00 |
| TAX (8.8675%) | 747.00 |
| TOTAL | 9,171.00 |
| BALANCE DUE | **$9,171.00** |

1290

NICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

11/23/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **9,171.00

Nine Thousand One Hundred Seventy-One and 00/100****************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

MEMO Hand Sanitizer

AUTHORIZED SIGNATURE

⑈001290⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**

1290

Island Screenprint Corp 11/23/2021
Members' Activities:members supplies Hand Sanitizer 9,171.00

CHASE BANK-OPER Hand Sanitizer 9,171.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**

1290

Island Screenprint Corp 11/23/2021
Members' Activities:members supplies Hand Sanitizer 9,171.00

CHASE BANK-OPER Hand Sanitizer 9,171.00

Island Screenprint Corp.
1121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9556 | 11/09/2021 | $9,171.00 | 11/24/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 11/09/2021 | Delivery | ch |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SPECIAL<br>2oz Antibacterial Hand Sanitizer Bottle- 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00T |

| | |
|---|---|
| SUBTOTAL | 8,424.00 |
| TAX (8.8675%) | 747.00 |
| TOTAL | 9,171.00 |
| BALANCE DUE | **$9,171.00** |

1269

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

10/27/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **9,171.00

Nine Thousand One Hundred Seventy-One and 00/100*********************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001269⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1269

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 10/27/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |

CHASE BANK-OPER Hand Sanitizer 9,171.00

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1269

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 10/27/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |

CHASE BANK-OPER Hand Sanitizer 9,171.00

slang Screenprint Corp.
121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9495 | 09/22/2021 | $8,634.60 | 10/07/2021 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>3oz Antibacterial Hand Sanitizer Bottle- 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40T |

| | |
|---|---|
| SUBTOTAL | 7,862.40 |
| TAX (8.8675%) | 697.20 |
| SHIPPING | 75.00 |
| TOTAL | 8,634.60 |
| BALANCE DUE | **$8,634.60** |

1239

...CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/22/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **8,634.60

Eight Thousand Six Hundred Thirty-Four and 60/100****************************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001239⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1239

Island Screenprint Corp 9/22/2021
Members' Activities:members supplies Hand Sanitizer 8,634.60

CHASE BANK-OPER Hand Sanitizer 8,634.60

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1239

Island Screenprint Corp 9/22/2021
Members' Activities:members supplies Hand Sanitizer 8,634.60

CHASE BANK-OPER Hand Sanitizer 8,634.60

Island Screenprint Corp.
1121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9489 | 09/10/2021 | $2,353.03 | 09/25/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 09/08/2021 | UPS | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SWEATS**<br>Port & Company® Essential Fleece Pullover Hooded Sweatshirt<br>9oz with imprint front and back | 96 | 22.00 | 2,112.00T |

| | |
|---|---|
| SUBTOTAL | 2,112.00 |
| TAX (8.8675%) | 187.28 |
| SHIPPING | 53.75 |
| TOTAL | 2,353.03 |
| BALANCE DUE | **$2,353.03** |

1221

...ATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/10/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **2,353.03

Two Thousand Three Hundred Fifty-Three and 03/100********************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hooded Sweatshirts Cricket Tournament

⑈001221⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1221

Island Screenprint Corp 9/10/2021
Members' Activities:members supplies Hooded Sweatshirts Cricket Tournament 2,353.03

CHASE BANK-OPER Hooded Sweatshirts Cricket Tournament 2,353.03

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1221

Island Screenprint Corp 9/10/2021
Members' Activities:members supplies Hooded Sweatshirts Cricket Tournament 2,353.03

CHASE BANK-OPER Hooded Sweatshirts Cricket Tournament 2,353.03

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
1121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9472 | 08/09/2021 | $8,634.60 | 08/24/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 08/09/2021 | Delivery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL** 2oz Antibacterial Hand Sanitizer Bottle- 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40T |

| | |
|---|---|
| SUBTOTAL | 7,862.40 |
| TAX (8.8675%) | 697.20 |
| SHIPPING | 75.00 |
| TOTAL | 8,634.60 |
| BALANCE DUE | **$8,634.60** |

1213

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

...CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

8/11/2021

...Y TO THE ORDER OF Island Screenprint Corp $ **8,634.60

Eight Thousand Six Hundred Thirty-Four and 60/100*************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001213⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1213

Island Screenprint Corp 8/11/2021
Members' Activities:members supplies Hand Sanitizer 8,634.60

CHASE BANK-OPER Hand Sanitizer 8,634.60

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1213

Island Screenprint Corp 8/11/2021
Members' Activities:members supplies Hand Sanitizer 8,634.60

CHASE BANK-OPER Hand Sanitizer 8,634.60

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

Island Screenprint Corp.
1121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9455 | 07/22/2021 | $9,171.00 | 08/06/2021 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SPECIAL<br>2oz Antibacterial Hand Sanitizer Bottle- 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00T |

| | |
|---|---|
| SUBTOTAL | 8,424.00 |
| TAX (8.8675%) | 747.00 |
| TOTAL | 9,171.00 |
| BALANCE DUE | **$9,171.00** |

1205

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

7/29/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **9,171.00

Nine Thousand One Hundred Seventy-One and 00/100*************************************************************************** DOLLARS

Island Screenprint Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001205⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1205

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 7/29/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |
| CHASE BANK-OPER | Hand Sanitizer | | 9,171.00 |

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1205

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 7/29/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |
| CHASE BANK-OPER | Hand Sanitizer | | 9,171.00 |

Island Screenprint Corp.
1121 Lincoln Ave, Suite 20
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9422 | 06/21/2021 | $9,171.00 | 07/06/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 06/23/2021 | Devilery | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| SPECIAL<br>2oz Antibacterial Hand Sanitizer Bottle- 45 boxes 96 per box. | 4,320 | 1.95 | 8,424.00T |

| | |
|---|---|
| SUBTOTAL | 8,424.00 |
| TAX (8.8675%) | 747.00 |
| TOTAL | 9,171.00 |
| BALANCE DUE | **$9,171.00** |

1174

...UNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

6/10/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **9,171.00

Nine Thousand One Hundred Seventy-One and 00/100****************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001174⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1174

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 6/10/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |

CHASE BANK-OPER Hand Sanitizer 9,171.00

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1174

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 6/10/2021 | |
| Members' Activities:members supplies | Hand Sanitizer | | 9,171.00 |

CHASE BANK-OPER Hand Sanitizer 9,171.00

Island Screenprint Corp.
1121 Lincoln Ave
Suite I
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9374 | 05/04/2021 | $8,559.60 | 05/19/2021 | Net 15 | |

**SHIP DATE**
05/03/2021

**SALES REP**
CH

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>2oz Antibacterial Hand Sanitizer Bottle- 42 boxes 96 per box. | 4,032 | 1.95 | 7,862.40T |

| | |
|---|---|
| SUBTOTAL | 7,862.40 |
| TAX (8.8675%) | 697.20 |
| TOTAL | 8,559.60 |
| BALANCE DUE | **$8,559.60** |

1140

...ATIONS WORKERS OF AMERICA,
LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

4/28/2021

...THE
...ER OF Island Screenprint Corp $ **8,559.60

Eight Thousand Five Hundred Fifty-Nine and 60/100****************************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO
Hand Sanitizer

⑈001140⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1140

Island Screenprint Corp 4/28/2021
Members' Activities:members supplies Hand Sanitizer 8,559.60

CHASE BANK-OPER Hand Sanitizer 8,559.60

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1140

Island Screenprint Corp 4/28/2021
Members' Activities:members supplies Hand Sanitizer 8,559.60

CHASE BANK-OPER Hand Sanitizer 8,559.60

Jeland Screenprint Corp.
1121 Lincoln Ave
Suite I
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

**BILL TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

**SHIP TO**
Communication Workers of America
Local 1182
10818 Queens Blvd Ste 7
Forest Hills, NY 11375
United States

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9315 | 02/11/2021 | $4,377.57 | 02/26/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 02/09/2021 | UPS | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SPECIAL**<br>2oz Antibacterial Hand Sanitizer Bottle- 16 boxes 96 per box. | 1,536 | 2.55 | 3,916.80T |

| | |
|---|---|
| SUBTOTAL | 3,916.80 |
| TAX (8.8675%) | 347.32 |
| SHIPPING | 113.45 |
| TOTAL | 4,377.57 |
| BALANCE DUE | **$4,377.57** |

1074

UNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

2/11/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **4,377.57

Four Thousand Three Hundred Seventy-Seven and 57/100************************************************************************** DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Hand Sanitizer

⑈001074⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1074

Island Screenprint Corp 2/11/2021
Members' Activities:members supplies Hand Sanitizer 4,377.57

CHASE BANK-OPER Hand Sanitizer 4,377.57

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 107

Island Screenprint Corp 2/11/2021
Members' Activities:members supplies Hand Sanitizer 4,377.57

CHASE BANK-OPER Hand Sanitizer 4,377.57

Island Screenprint Corp.
1121 Lincoln Ave
Suite I
Holbrook, NY 11741 US
(631) 244-9490

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States | Communication Workers of America<br>Local 1182<br>10818 Queens Blvd Ste 7<br>Forest Hills, NY 11375<br>United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9303 | 01/16/2021 | $18,856.30 | 01/31/2021 | Net 15 | |

| SHIP DATE | SHIP VIA | SALES REP |
|---|---|---|
| 01/04/2021 | UPS | CH |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **LANYARDS**<br>Navy Mask Lanyard with logo | 3,000 | 1.40 | 4,200.00T |
| **MASK**<br>Navy/Red Mask with logo on red side. Individually packed with lanyard | 3,000 | 2.65 | 7,950.00T |
| **SPECIAL**<br>oz Antibacterial Hand Sanitizer Bottle- 20 boxes 96 per box. | 1,920 | 2.55 | 4,896.00T |

| | |
|---|---|
| SUBTOTAL | 17,046.00 |
| TAX (8.8675%) | 1,511.55 |
| SHIPPING | 298.75 |
| TOTAL | 18,856.30 |
| BALANCE DUE | **$18,856.30** |

1060

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1/19/2021

PAY TO THE ORDER OF Island Screenprint Corp $ **18,856.30

Eighteen Thousand Eight Hundred Fifty-Six and 30/100************************************************************************ DOLLARS

Security features. Details on back.

Island Screenprint Corp

AUTHORIZED SIGNATURE

MEMO Masks,Lanyards and Hand Sanitizer

⑈001060⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1060

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 1/19/2021 | |
| Members' Activities:members supplies | Masks,Lanyards and Hand Sanitizer | | 18,856.30 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Masks,Lanyards and Hand Sanitizer | 18,856.30 |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 106

| | | | |
|---|---|---|---|
| Island Screenprint Corp | | 1/19/2021 | |
| Members' Activities:members supplies | Masks,Lanyards and Hand Sanitizer | | 18,856.30 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Masks,Lanyards and Hand Sanitizer | 18,856.30 |

SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 828738270

# Exhibit D -

# Island Screenprint - NYS Division of Corporations

An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** ISLAND SCREENPRINT CORP.
**DOS ID:** 2477056
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 02/23/2000
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 02/23/2000
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** SUFFOLK
**NEXT STATEMENT DUE DATE:** 02/29/2004
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** RICHARD MORRISON

**Address:** 8 WILLIAMSBURCH LA., NESCONSET, NY, UNITED STATES, 11767

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** RICHARD MORRISON

**Address:** 20-6 JULES COURT, BOHEMIA, NY, UNITED STATES, 11716

Principal Executive Office Address

**Address:** 20-6 JULES COURT, BOHEMIA, NY, UNITED STATES, 11716

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

# Exhibit E -

# Island Screenprint - Buzzfile

---

F



# Island Screen Printing

Action

### Contact Information

**Island Screen Printing**
3599 BERNARD DR
Wantagh, NY 11793

**Contact:** Richard Morrison
**Title:** Owner
**Phone:** (631) 244-9490
**Website:**

**Island Screen Printing** is the only company located at **3599 BERNARD DR, Wantagh, NY 11793** (/property/3599-Bernard-Dr-Wantagh-NY/5176A72C1B)

### Map




View larger map (/Home/LargeMap/4241664)

Directions (https://www.google.com/maps/dir/?api=1&destination=40.702572,-73.502643&z=17)

### Business Description

Island Screen Printing is located in Wantagh, New York. This organization primarily operates in the Screen Printing: Manmade Fiber and Silk Broadwoven Fabrics business / industry within the Textile Mill Products sector. This organization has been operating for approximately 44 years. Island Screen Printing is estimated to generate $239,927 in annual revenues, and employs approximately 3 people at this single location. This organization is engaged in manufacturing activities at this facility.

**Sector:** Textile Mill Products (/Lists/Sector-Textile-Mill-Products)
**Category:** Finishing Plants, Manmade (/Lists/Category-Finishing-Plants.-Manmade)
**Industry:** Screen Printing: Manmade Fiber and Silk Broadwoven Fabrics (/Lists/Industry-Screen-Printing:-Manmade-Fiber-and-Silk-Broadwoven-Fabrics)
Screen Printing (/Lists/Industry-Screen-Printing)
**SIC Code:** 2262, 2759
**NAICS Name:** Textile and Fabric Finishing Mills, Commercial Screen Printing
**NAICS Code:** 313310, 323113

**Name:** Island Screen Printing
**Year Founded:** 1981
**Engaged In:**
☑ **Manufacturing**
☐ **Importing**
☐ **Exporting**

**Location Type:** Single
**Revenue:** $ 239,927
**Employees Here:** 3
**Facility Size:** N/A
** Revenue & Employees are estimates*

### Demographics for Zipcode 11793

Ads by clickio (https://clickio.com/?utm_source=www.buzzfile.com&utm_medium=banner_ad&utm_campaign=hor_sticky_desktop)

Close




| Percentage | Population |
|---|---|
| 95.8 % | White |
| 6.0 % | Hispanic |
| 0.9 % | Black |
| 3.0 % | Asian |
| 0.2 % | Native American |
| 0.1 % | Hawaiian |
| 1.3 % | Other |

**Population**
**32,298**

**Median Age**
**42.1**

Female
51.8%
16,745

Male
48.2%
15,553

Female
43.2

Male
40.8

**Island Screen Printing Employees & Annual Employee Growth Rates at This Location**




Employees at This Location

Year-over-Year Growth

Island Screen Printing Employees & Annual Employee Growth Rates at This Location

**Questions & Answers**

**Q How big is Island Screen Printing?**
**A** Island Screen Printing is estimated to generate **$239,927** in annual revenues, employs approximately **3** people at this location.

Ads by **clickio** (https://clickio.com/?utm_source=www.buzzfile.com&utm_medium=banner_ad&utm_campaign=hor_sticky_desktop)

**Q What are the annual sales for Island Screen Printing?**
**A** Island Screen Printing generates approximately **$239,927** in annual sales.

Close

**Q Is Island Screen Printing engaged in manufacturing or production?**

*A* Island Screen Printing is engaged in the manufacture of products and/or product components at this facility.

*Q* **How long has Island Screen Printing been in business?**
*A* Island Screen Printing has been in business for approximately **44 years**.

*Q* **Is there a key contact at Island Screen Printing?**
*A* **Richard Morrison** is the **Owner** at Island Screen Printing. You can contact Richard at **(631) 244-9490**.

*Q* **How many people work at Island Screen Printing?**
*A* Island Screen Printing has approximately **3 employees** at this location.

*Q* **Is Richard Morrison the only contact you have for Island Screen Printing?**
*A* On Buzzfile's **Professional (subscription) Service** (https://www.buzzfilePro.com) we have 2 contacts for Island Screen Printing

*Q* **What is the phone number for Island Screen Printing?**
*A* The phone number for Island Screen Printing is **(631) 244-9490**

*Q* **Where is Island Screen Printing located?**
*A* Island Screen Printing is located at **3599 BERNARD DR, Wantagh, NY 11793.** This location is in Nassau County and the New York-Newark-Jersey City, NY-NJ-PA Metropolitan Area.

**Business Contacts at Island Screen Printing:**

**1 total Contacts**

This information is available to paying subscribers. **Click (/Subscription/BasicPlans)** to learn about our subscription plans.

## Discover High-Value Leads & Generate More Sales

- ✓ **Find more high-value prospects than any other source**
- ✓ **Get information on 17 million companies, 50 million contacts, 6 million buildings & 18,000 industries**
- ✓ **Access complete list of businesses in any building**
- ✓ **Close more deals in less time**

START MY FREE TRIAL

**Ownership Information**

- ☐ Women Owned
- ☐ Veteran Owned
- ☐ Minority Owned

Ads by clickio (https://clickio.com/?utm_source=www.buzzfile.com&utm_medium=banner_ad&utm_campaign=hor_sticky_desktop)

**Similar Companies Nearby**
(Industry participants & competitors)

| Name | Empl. | Dist. (mil) |
|---|---|---|
| Unique Impressions, Inc. (/business/Unique-Impressions,-Inc.-516-513-0865) | 1 | 3.0 |

Close

| Name | Empl. | Dist. (mil) |
|---|---|---|
| Craighead Silk Screen Printing Inc (/business/Craighead-Silk-Screen-Printing-Inc-718-481-9883) | 1 | 13.9 |
| J C Sports (/business/J-C-Sports-718-457-9324) | 2 | 20.9 |
| Leisuretime East Promotions (/business/Leisuretime-East-Promotions-631-580-1416) | 1 | 22.9 |
| Liquid 13 Clothing Company Inc. (/business/Liquid-13-Clothing-Company-Inc.-646-209-3023) | 4 | 24.8 |
| Efs Designs LLC (/business/Efs-Designs-LLC-718-852-9511) | 6 | 26.3 |
| Design N Stitch Inc (/business/Design-N-Stitch-Inc-201-488-1314) | 8 | 30.9 |
| Silk Screen Images (/business/Silk-Screen-Images-631-744-0839) | 3 | 33.9 |
| Silk City Printing, LLC (/business/Silk-City-Printing-973-925-7380) | 11 | 37.3 |

**Nearby Resources**

Restaurant Coffee Parking
Hotel Taxi Pharmacy
Bank Gas Grocery

**Statistics for Zipcode 11793**

| | |
|---|---|
| Average House Value | $ 462,000 |
| Average Household Income | $ 111,809 |
| Number of Households | 10,791 |
| Persons per Household | 2.99 |

| | |
|---|---|
| **Number of Properties** | 1,525 (/Subscription/NeedSubscription) |
| **Number of Businesses** | 1,689 (/Search/Company/Results?zipcode=11793) |
| **Number of Employees** | 5,383 |
| **Land Area (square miles)** | 9.486 |
| **Water Area (square miles)** | 0.283 |

**Buzzfile Media, LLC**

113 Tennent Road, Unit 21
Morganville, NJ 07751-0021
212-913-9151 sales@buzzfile.com

Copyright © 2025 Buzzfile Media LLC.
Terms of Use (/TermsOfUse) | Privacy Policy (/TermsOfUse#PrivacyPolicy)

Ads by clickio (https://clickio.com/?utm_source=www.buzzfile.com&utm_medium=banner_ad&utm_campaign=hor_sticky_desktop)

Close

# Exhibit F -

# Richard Morrison - Fastpeoplesearch

6

FastPeopleSearch

8 Williamsburgh Ln, Nesconset NY 11767






# sconset NY 11767

**d associated with this address.**

esidents include Richard Morrison, Mary Morrison, Kerriann n. FastPeopleSearch results provide address history, property t and previous tenants.

## ords Instantly

ns, and more. Get in-depth reports and track down previous




Bedrooms
**4**

Bathrooms
**2**

Square Feet
**1,794**

Year Built
**1984**

Estimated Value

Estimated Equity

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

I AGREE

Occupancy Type
**Owner Occupied**

Ownership Type
**Related**

Land Use
**Single Family Residential**

Property Class
**Residential**




Subdivision
**Williamsburgh Ests**

Lot SqFt.
**12,197**

## Vito Spina
### Norwalk, CT

**Age:** 34

**Full Name:** Vito Edward Spina

**Current Home Address:**

**39 Ingleside Ave**
**Norwalk CT 06850**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Vito Spina in Norwalk, CT.

8 Williamsburgh Ln
Nesconset NY 11767

4473 Biscayne Breeze Way
Kissimmee FL 34744

114 Gotthardt St
Newark NJ 07105

14 Fairfield Ln
Mastic Beach NY 11951

215 W Fairmount Ave, Unit 307
State College PA 16801

704 Clover Ln
Moscow PA 18444

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Vito Spina in Norwalk, CT.

**(570) 309-4979** (current)

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Vito Spina in Norwalk, CT.

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

Norwalk, CT.

Kelly Spina • Edward Morrison • Edythe Morrison • Katie Guglielmi • Katie Morrison • Kerriann Morrison • Kevin Morrison • Mary Morrison • Richard Morrison • Breanna Trautweiler •

Bret Guglielmi • Bret Guglielmi • Cara Carbone • Catherine Carbone

VIEW FREE DETAILS

| | | | |
|---|---|---|---|
| **Vito Spina** Sponsored By TruthFinder.com | Norwalk, CT | Age 34 | VIEW DETAILS |
| **Vito Spina** Sponsored By Spokeo.com | Norwalk, CT | Age 34 | VIEW DETAILS |
| **Vito Spina** Sponsored By BeenVerified.com | Norwalk, CT | Age 34 | VIEW DETAILS |
| **Vito Spina** Sponsored By PeopleLooker.com | Norwalk, CT | Age 34 | VIEW DETAILS |

## Full Property Report

- Property Values
- Deed History
- Property Details
- Ownership History
- Foreclosures
- Mortgage History

VIEW PROPERTY REPORT

## Richard Morrison

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

**Current Home Address:**

**8 Williamsburgh Ln**
**Nesconset NY 11767**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Richard Morrison in Nesconset, NY.

1121 Lincoln Ave, Unit I
Holbrook NY 11741

1330 Lincoln Ave, Unit 12
Holbrook NY 11741

418 Collington Dr
Ronkonkoma NY 11779

4869 University Ct
Niagara Falls NY 14305

16030 86th St, Unit PVT
Howard Beach NY 11414

20 Jules Ct, Unit 6
Bohemia NY 11716

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Richard Morrison in Nesconset, NY.

**(631) 467-3582** (current)
(516) 315-4522
(718) 641-5443
(516) 981-8552
(570) 842-9735
(516) 467-3582
(516) 746-5764
(631) 467-4298

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Richard Morrison in Nesconset, NY.

Richard A Morrison Jr • Richard Morrison Jr • Richard Morrison • Richard Richard Jr • Ricky Morrison • Richar Morrison • Dick Morrison • Rick Morrison

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

• Kerriann Morrison • Kevin Morrison • Lance Morrison • Luciene Morrison • Richard Carbone • Breanna Trautweiler • Bret Guglielmi • Cara Carbone

VIEW FREE DETAILS

FILE NOW WITH A LOCAL LIBERTY TAX EXPERT

## Mary Morrison

**Nesconset, NY**

**Age:** 64

**Full Name:** Mary M Morrison

**Current Home Address:**

**8 Williamsburgh Ln**
**Nesconset NY 11767**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Mary Morrison in Nesconset, NY.

37 Floral Blvd, Unit 1C
Floral Park NY 11001

99 Tyringham Rd
Monterey MA 01245

56 Oak St

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

8803 216th St
Queens Village NY 11427

391 Collington Dr
Ronkonkoma NY 11779

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Mary Morrison in Nesconset, NY.

**(516) 315-4491** (current)
(631) 467-3582
(631) 399-2425
(516) 315-4522
(718) 621-6500
(516) 467-3582
(718) 746-5764

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Mary Morrison in Nesconset, NY.

Mary Morrison • Mc Morrison • Mary Morison • M Morrison

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Mary Morrison in Nesconset, NY.

Richard Morrison • Edward Morrison • Edythe Morrison • Katie Guglielmi • Katie Morrison • Kelly Spina • Kerriann Morrison • Kevin Morrison • Bret Guglielmi • Dylan Morrison • Kathy Morrison • Lance Morrison • Lucilene Morrison • Richard Carbone

VIEW FREE DETAILS

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

# Kerriann Morrison
## Nesconset, NY

**Age:** 34

**Current Home Address:**

8 Williamsburgh Ln
Nesconset NY 11767

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Kerriann Morrison in Nesconset, NY.

109 Seawanhaka Ave
Lake Grove NY 11755

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Kerriann Morrison in Nesconset, NY.

(631) 467-3582 (current)

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Kerriann Morrison in Nesconset, NY.

Kerrinn T Morrison

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Kerriann Morrison in Nesconset, NY.

Edward Morrison • Edythe Morrison • Katie Guglielmi • Katie Morrison • Kelly Spina • Kevin Morrison • Mary Morrison • Richard Morrison • Bret Guglielmi • Dylan Morrison • Kathy Morrison • Lance Morrison • Lucilene Morrison • Richard Carbone

VIEW FREE DETAILS

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

## Katie Morrison
**Nesconset, NY**

**Age:** 34

**Current Home Address:**

8 Williamsburgh Ln
Nesconset NY 11767

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Katie Morrison in Nesconset, NY.

514 Woodlawn Ave
Collingswood NJ 08108

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Katie Morrison in Nesconset, NY.

**(856) 854-0424** (current)
(631) 738-6880
(718) 641-5443
(631) 467-3582
(631) 399-2425

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Katie Morrison in Nesconset, NY.

Kerri Ann Morrison • Kerriann Morrison • Katie Guglielmi

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Katie Morrison in Nesconset, NY.

Bret Guglielmi • Edward Morrison • Edythe Morrison • Katie Guglielmi • Kelly Spina • Kerriann Morrison • Kevin Morrison • Mary Morrison • Richard Morrison • Bret Guglielmi • Dylan Morrison • John Guglielmi • Kathy Morrison • Keith Guglielmi

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

## Kevin Morrison
**Nesconset, NY**

**Age:** 35

**Current Home Address:**

8 Williamsburgh Ln
Nesconset NY 11767

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Kevin Morrison in Nesconset, NY.

(631) 926-6690 (current)
(631) 467-3582

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Kevin Morrison in Nesconset, NY.

Edward Morrison • Edythe Morrison • Katie Guglielmi • Katie Morrison • Kelly Spina • Kerriann Morrison • Mary Morrison • Richard Morrison • Bret Guglielmi • Dylan Morrison • Kathy Morrison • Lance Morrison • Lucilene Morrison • Richard Carbone

VIEW FREE DETAILS

## Edythe Morrison
### West Milford, NJ

**Age:** 85

**Current Home Address:**

25 Quinty Pl
West Milford NJ 07480

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Edythe Morrison in West Milford, NJ.

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

7 Lake Park St
Ronkonkoma NY 11779

8 Williamsburgh Ln
Nesconset NY 11767

14 Fairfield Ln
Mastic Beach NY 11951

704 Clover Ln
Moscow PA 18444

16030 86th St, Unit H
Howard Beach NY 11414

16030 86th St, Unit H
Jamaica NY 11414

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Edythe Morrison in West Milford, NJ.

**(631) 388-2846** (current)
(631) 399-2425
(570) 842-9735
(718) 641-5443
(631) 467-3582
(631) 247-4744
(973) 728-5461
(570) 542-9735

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Edythe Morrison in West Milford, NJ.

Edyth J Morrison • Edythy J Morrison • Edyth Morrison

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Edythe Morrison in West Milford, NJ.

Edward Morrison • Dylan Morrison • Kathy Morrison • Katie Guglielmi • Katie Morrison • Kelly Spina

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

VIEW FREE DETAILS

# Katie Guglielmi
## Collingswood, NJ

**Age:** 37

**Current Home Address:**

**514 Woodlawn Ave**
**Collingswood NJ 08108**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Katie Guglielmi in Collingswood, NJ.

115 E Palmer Ave
Collingswood NJ 08108

716 Johanne Pl, Unit B
Colorado Springs CO 80906

8 Williamsburgh Ln
Nesconset NY 11767

509 Kearney Ave S
Colorado Springs CO 80906

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Katie Guglielmi in Collingswood, NJ.

**(516) 241-7276** (current)
(631) 467-3582
(856) 854-0424
(631) 399-2425
(570) 842-9735

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Katie Guglielmi in Collingswood, NJ.

Katie M Morrison • Katie Morrison • Katie M Gugliemi • Katie M Morison • Katie Guglielmmi

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Katie Guglielmi in

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

Dylan Morrison • John Guglielmi • Kathy Morrison • Keith Guglielmi

VIEW FREE DETAILS

## Kelly Spina
### Mastic Beach, NY

**Age:** 59

**Full Name:** Kelly Morrison Spina

**Current Home Address:**

**14 Fairfield Ln**
**Mastic Beach NY 11951**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Kelly Spina in Mastic Beach, NY.

4473 Biscayne Breeze Way
Kissimmee FL 34744

8 Williamsburgh Ln
Nesconset NY 11767

16030 86th St
Howard Beach NY 11414

704 Clover Ln
Moscow PA 18444

16030 86th St, Unit H
Jamaica NY 11414

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Kelly Spina in Mastic Beach, NY.

**(570) 309-4979** (current)
(631) 467-3582
(718) 641-5443
(631) 399-2425

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

Beach, NY.

Kelly L Spina • Kelly L Morrison • Kelly Morrison • Kelly Mdespina • Kelly De Spina

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Kelly Spina in Mastic Beach, NY.

Edward Morrison • Edythe Morrison • Katie Guglielmi • Katie Morrison • Kerriann Morrison • Kevin Morrison • Mary Morrison • Richard Morrison • Vito Spina • Bret Guglielmi • Dylan Morrison • Kathy Morrison • Lance Morrison • Lucilene Morrison

VIEW FREE DETAILS

## Eugenio Logatto
### Delray Beach, FL

**Age:** 48

**Full Name:** Eugenio Mota Logatto

**Current Home Address:**

**2553 NW 10th St**
**Delray Beach FL 33445**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Eugenio Logatto in Delray Beach, FL.

5430 Lyons Rd, Unit 107
Coconut Creek FL 33073

4704 Walden Cir, Unit 1931
Orlando FL 32811

1897 S Kirkman Rd, Unit 422
Orlando FL 32811

4154 Pinebark Ave
Orlando FL 32811

5413 Limelight Cir, Unit 4
Orlando FL 32839

4704 Walden Cir, Unit 1915

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

**(407) 470-4083** (current)
(407) 413-6989
(407) 886-3164

(407) 453-4517

(407) 854-3991

(407) 522-6343

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Eugenio Logatto in Delray Beach, FL.

Eugenio Logatto • Eugene M Logatto • Eugene Logatto • Eugenio M Lagatto • Eugenio Lovatto • Eugerio Logatto • Marco Logatto • Amanda Logatto

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Eugenio Logatto in Delray Beach, FL.

Angela Logatto • Anthony Logatto • Austin Logatto • Ethel Logatto • Frank Logatto • Margo Logatto • Angela Logatto • Angelina Logatto • Anthony Logatto • Austin Logatto • Austin Logatto • Elena Logatto • Frances Bornstein • John Sneesby

VIEW FREE DETAILS

## Frequently Asked Questions

### Who lives at 8 Williamsburgh Ln Nesconset NY 11767?

Public records show about 16 people have taken residence at **8 Williamsburgh Ln Nesconset NY 11767**. The most recent tenant is **Vito Spina**. Past residents include Richard Morrison, Mary Morrison, Kerriann Morrison, Katie Morrison and Kevin Morrison.

Public Records
Paid Results Sponsored by **InstantCheckMate.com**

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

| | | | |
|---|---|---|---|
| **Mary Morrison** | Nesconset, NY | Age 64 | VIEW DETAILS |

| | | | |
|---|---|---|---|
| **Kerriann Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |
| **Katie Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |

Public Records

Paid Results Sponsored by **BeenVerified.com**

| | | | |
|---|---|---|---|
| **Vito Spina** | Norwalk, CT | Age 34 | VIEW DETAILS |
| **Richard Morrison** | Nesconset, NY | Age 65 | VIEW DETAILS |
| **Mary Morrison** | Nesconset, NY | Age 64 | VIEW DETAILS |
| **Kerriann Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |
| **Katie Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |

Public Records

Paid Results Sponsored by **PeopleLooker.com**

| | | | |
|---|---|---|---|
| **Vito Spina** | Norwalk, CT | Age 34 | VIEW DETAILS |
| **Richard Morrison** | Nesconset, NY | Age 65 | VIEW DETAILS |
| **Mary Morrison** | Nesconset, NY | Age 64 | VIEW DETAILS |
| **Kerriann Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |
| **Katie Morrison** | Nesconset, NY | Age 34 | VIEW DETAILS |

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

NEXT PAGE »

Notice at Collection

FastPeopleSearch.com is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or any related purpose.

© Copyright 2025. All Right Reserved. FastPeopleSearch.com

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

# Exhibit G -

# Current Hand Sanitizer Pricing

D

3D View 24 Hour Rush New! Made in USA On Sale Full Color Idea




The Squirt 2 oz Hand Sanitizer

Item: 342182 Manu SKU: BUL-SM-1532

Free Setup

Customize Now

Order a Sample

Customization Type: Pad Printing 1-Color Included | Blank + $1.08 | **Sample** Order a Sample

Production Time: **2 Days** Standard

Randomly Decorated Samples have some sort of "random" artwork decoration on the product. In the case that your color is not available, we reserve the right to substitute the next best option available, so you can review the decoration on the product. More on Random Samples.

| Quantity | Sample | 75+ | 150+ | 300+ | 450+ | 600+ | 750+ |
|---|---|---|---|---|---|---|---|
| Price | $0.01 | $2.40 | $1.35 | $1.20 | $1.14 | $1.10 | $1.07 |

**Quantity:** 1 x **$0.01**/ea **$0.01**

Shipping to: 07395 $10.71
Method: Ground (3 Days)

**Total** **$10.72**

Estimated Delivery Date: Estimated Date: February 28, 2025

Edit Delivery Date

# Product Description

Similar Products







## The Squirt 2 oz Hand Sanitizer

*Promotional Hand Sanitizers*

Th ɪuirt Hɛ an alc ɔunce ( nitizer :le with flip-top lid and a 62% alcohol content. Its small, portable size makes it convenient to carry with you wherever you go. Full color imprint is available on this item. Meets FDA requirements and is available for sh$10.26 at 25 qtye Unit$7.28 at 100 qtyding A$44.93 at 12 qty & Puer$2.40 at 250 qtyavailable$1.65 at 150 qtySee General Information page for additional air shipment charges. Multi-color decoration available.

| | |
|---|---|
| **Item Color** Disclaimer | Clear |
| **Item Size** Disclaimer | 1.75"W x 3.25"H x 1"D<br>1.75"W x 3.25"H x 1"D |
| **Minimum Order** | 75 Units |

**Decoration Methods**



## Pad Printing

Customizing your products with pad printing is very similar to screen printing except your logo is molded into a silicone rubber stamp that is coated with ink and then pressed against your promotional product. This is perfect for small flat or curved objects to have a very clear and precise imprint. Read more on pad printing.

| | |
|---|---|
| **Rush Options** | Extended production times may be needed for Large Quantities. Rush Program is not available when decorating multiple locations. If your requested delivery date cannot be met, we will contact you immediately. Approving your artwork proof late will results in an extended production time. See more on Rush Services. |
| **Packaging** | Bulk |
| **Ships from Zip** | 33013 |

**Shipping Details**

| Qty | Weight | Box Length | Box Width | Box Height |
|---|---|---|---|---|
| 100 | 16.00 lbs. | 15.00" | 11.00" | 10.00" |
| 140 | 26.00 lbs. | 15.00" | 10.00" | 11.00" |

**Compliance**

CPSIA Compliance
CPSIA Compliance
CPSIA Compliance
CPSIA Compliance
CPSIA Compliance
CPSIA Compliance
CPSIA Compliance
CPSIA Compliance



# Product Reviews

No one has added a review for this product yet!

# Custom Hand Sanitizer Squeeze 2 oz Bottle

**SKU: 330-5245S**

3 reviews








**View More Hand Sanitizers**

1 Day Production | 5 Day Production | No Imprint (2 day)

| Quantity | Sample | 200 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| **Normal Production Price** | | ~~$1.41~~ | ~~$1.37~~ | ~~$1.33~~ | ~~$1.21~~ |
| **Our Discount Price** | $0.47 | $1.14 | $1.11 | $1.08 | $0.98 |

**Production times are measured in business days and exclude art and shipping time.**

***How is production time calculated?***

**Need It Faster?** Call us at 1-877-885-9565

**Need More?** ext. 115 for special pricing beyond the quantities shown.

**Cap Color:**
White

**Quantity:**
1

**Sample** max qty:
1

**1 x $0.47 ea.**

**Total: $0.47**

*All samples ship with a random imprint to help you evaluate the decorated product.*

Add To Cart / Upload Artwork

With a larger area for logos, this 2 oz bottle of promotional sanitizer is a great tradeshow and health care giveaway. Contains 2 oz of lightly citrus scented 62% ethanol formula anti bacterial gel. FDA approved and ready to fight germs while announcing your brand to its users. One color imprint is included in one location in the price. Please feel free to give us a call!

- **Cap Colors:** White
- **Size:** 2 oz; 1 3/4" W x 3 3/8" H
- **Imprint Area:** 1 1/8" W x 1 13/16" H
- **Per Imprint Color Set Up Fee:** $55.00

Reviews | Colors, Fonts & Artwork

★ Trustpilot

**3.7** / 5 • **3** reviews

| | |
|---|---|
| Quality | **3.5** / 5 |
| Value for money | **2.5** / 5 |

## Reviews 3

| | |
|---|---|
| Excellent | 33% |
| Great | 33% |
| Average | 0% |
| Poor | 33% |
| Bad | 0% |

**Dennis,** February 2

LOOK *Click here to see how your order is processed*

Need Help? Call 877-885-9565

# Top Sellers in Hand Sanitizers






**Credit Card Style Antibacterial Hand Sanitizer Spray**

SKU: 612-CCS101
Min Qty: 150
as low as ~~$1.58~~ $1.07

**0.5 ounce Hand Sanitizer Gel**

SKU: 612-HS100
Min Qty: 150
as low as ~~$1.04~~ $0.63




**Hand Sanitizer Spray - 20 ml**

SKU: 358-ABL2400
Min Qty: 75
as low as ~~$1.45~~ $0.96




**Compact Hand Sanitizer - 0.5 oz**

SKU: 330-5253S
Min Qty: 200
as low as ~~$1.07~~ $0.63

## Related Categories

Sunscreen

Insect Repellent

Lip Balm & Cosmetics

Need help? Call or EMAIL US!

Quick Links
Home

Get Started
Quote Request

Weekly Specials
Best Picks

Need Help? Get Help!
Art Help

My Account
Shopping Cart
Blog

Sample Request
Get a Catalog
4AllPromos Blog
Stay in touch
Sign up and save!

Testimonials
Lowest Price Guaranteed
Affiliate Program
Terms and Conditions

Can't Find It?
Contact Us
About Us
Web Accessibility
1-877-885-9565

Sign Up For Special Offers!

Email

Subscribe

© 4ALLPROMOS | Call 1-877-885-9565

Lowest Price Guarantee! | ART QUESTIONS | Request Catalog or Quote | LOGIN | REGISTER

4All Promos. Promotional Product Experts!

Call Toll Free Today! 1-877-885-9565

Cart

Search

Home → Wellness Personal Care → Personal Care → Hand Sanitizers → **Antibacterial Hand Sanitizer Gel 2 oz Square Bottle**

# Promo Antibacterial Hand Sanitizer Gel 2 oz Square Bottle

**SKU: 612-HS111**

**No reviews**







View More Hand Sanitizers

1 Day Production | 3 Day Production | No Imprint (2 day)

| Quantity | Sample | 150 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|---|
| **Normal Production Price** | | ~~$1.66~~ | ~~$1.62~~ | ~~$1.57~~ | ~~$1.52~~ | ~~$1.43~~ |
| **Our Discount Price** | $0.70 | $1.21 | $1.18 | $1.15 | $1.11 | $1.05 |

**Production times are measured in business days and exclude art and shipping time.**

***How is production time calculated?***

**Need It Faster?** Call us at 1-877-885-9565

**Need More?** ext. 115 for special pricing beyond the quantities shown.

**Color:**
Clear

**Quantity:**
1

1 x $0.70 ea.

**Sample** max qty:
1

**Total: $0.70**

*All samples ship with a random imprint to help you evaluate the decorated product.*

Add To Cart / Upload Artwork

Everyone wants sanitizer to keep on hand, and so customizing a label on this 2 ounce square bottle is a surefire way to get noticed. The lovely citrus scent that emanates from the 62% ethyl alcohol formula will please the senses as they feel more confident about having germ-free hands. Fabulously priced for 2 ounces, this affordable hand sanitizer gel is decorated in full color with a custom logo. Stock up for the season and hand them out to get brand exposure every day. A full color logo on a white label is included in the price. If you need something smaller, we also have 0.5 oz sanitizer bottles with full color labels.

- **Colors:** Clear
- **Size:** 2 oz; 1 3/4" W x 3 1/3" H
- **Imprint Area:** decal: 1 1/8" W x 1 7/8" H
- **Per Imprint Color Set Up Fee:** $50.00

Reviews | Colors, Fonts & Artwork

No reviews for this product yet

Trustpilot

Click here to see how your order is processed

Need Help? Call 877-885-9565

## Top Sellers in Hand Sanitizers







Cre ınd







**Hand Sanitizer Spray - 20 ml**

SKU: 358-ABL2400
Min Qty: 75
as low as ~~$1.45~~ $0.96

**Compact Hand Sanitizer - 0.5 oz**

SKU: 330-5253S
Min Qty: 200
as low as ~~$1.07~~ $0.63

## Related Categories

Pill Organizers

Dental Giveaways

Scarves & Gaiters

Need help? Call or EMAIL US!

Quick Links Get Started Weekly Specials Need Help? Get Help!

Home
My Account
Shopping Cart
Blog

Quote Request
Sample Request
Get a Catalog
4AllPromos Blog
Stay in touch
Sign up and save!

Best Picks
Testimonials
Lowest Price Guaranteed
Affiliate Program
Terms and Conditions

Art Help
Can't Find It?
Contact Us
About Us
Web Accessibility
1-877-885-9565

Sign Up For Special Offers!

Email

Subscribe

© 4ALLPROMOS | Call 1-877-885-9565

ANYPROMO.com
Let's Make Marketing Make Cents






Clear



Google

## 2 oz Squirt Hand Sanitizer

Item# 695565 (18)

**Imprint Options** Color Imprint

Est. Delivery Date: Thurs, Mar 6 - Mon, Mar 10

| **Quantity** | **150+** | **800+** | **1250+** | **1850+** | **2500+** | **6250+** |
|---|---|---|---|---|---|---|
| **MSRP** | $1.38 | $1.35 | $1.34 | $1.31 | $1.29 | $1.01 |
| **On Sale** | $1.06 | $1.04 | $1.03 | $1.01 | $0.99 | $0.78 |

Free Setup: Color Imprint, 1 Location & 1 Color

**Platinum Membership Exclusive Offer**

○ Get up to $50 off Ground Shipping — up to $50

Enjoy the benefits when you become a Member for only $25*

◉ Proceed without becoming a member

Shipping: Ground — Charges will apply

Quantity: 150 x *$1.06* — $159.00

Logo Setup: — $55.00 $0.00

Zip Code: please enter zip code.

Total: $159.00

✓ Save $103.00 Today - Low Price Guarantee

Customize

Get Quote

★★★★★ Google

**Thank you**
The print of our logo and additional text looked great, well done, centered and clear printing. Will order again.

- Mincolla | Glendale, AZ

**Brands We Work With:**

LIVE UNITED United Way — United Way of Greater Atlanta
FOX SPORTS
BH HS
THE SOCIAL LIGHTS

You may also like:




0.5 oz Square Hand Sanitizer

as low as
$0.57 Min QTY: 150




Credit Card Style Hand Sanitizer Spray

as low as
$0.88 Min QTY: 150



1 oz/30 ml Tottle Antibacterial Hand Sanitizer

as low as
$0.93 Min QT

Description Item specs Customization Reviews

Description

About this Promotional 2 oz Squirt Hand Sanitizer:

- The 2 oz Squirt Hand Sanitizer is an alcohol-based, 2-ounce (60ml) hand sanitizer in squeeze bottle with flip-top lid and a 62% alcohol content.
- Its small, portable size makes it convenient to carry with you wherever you go.
- Full color imprint is available on this item.
- Meets FDA requirements and is available for shipment within the United States (including Alaska, Hawaii & Puerto Rico).
- Not available for export.
- Multi-color decoration available.

Special Instructions:

Add $42.5 per box for hazardous (alcohol based) air shipment fee.Shipments only available in United States only (including Alaska, Hawaii & Puerto Rico).Not available for export.

Due to the category and nature of this product, we will not be accepting returns of any kind.

Item Specs

| | |
|---|---|
| Size (Approx.) | 3.25" H x 1.75" W x 1.00" D |
| Pa[illegible] Google | lbs @ 100 pieces, 15" x 11" x 10" |

| | | |
|---|---|---|
| Color | Clear | Free |
| Production Time | Color Imprint, 5-Day Service + Transit Time<br>PhotoGrafixx, 5-Day Service + Transit Time | |
| Also Found In | Hand Sanitizer | |
| Campaign | Promotional Festival Items | |
| Feature | Under One Dollar | |

Details on making your custom 2 oz Squirt Hand Sanitizer

| | |
|---|---|
| Imprint Method | Color Imprint<br>* price includes 1 color / location |
| Location | Cap Right - Centered On Front, 1.63" H X 1" W |
| Production Time | 5-Day Service + Transit Time |
| Setup Charge | 1st color / location is FREE |
| Max Colors | 1 |
| Imprint Charge | Price includes 1 color / location<br>Running $0.38 per piece |
| PMS | Available |
| Standard Imprint Color | Black<br>Navy Blue (PMS 289)<br>Process Blue<br>Reflex Blue<br>Royal Blue (PMS 300)<br>Brown (PMS 161)<br>Burgundy (PMS 222)<br>Athletic Gold (PMS 123)<br>Metallic Gold (PMS 874)<br>View More |

Reviews

WRITE A REVIEW

Melissa K. *January 24, 2022*

A+ ✓ ***Verified Purchase***

Ex ★★★★★ Google eased with the design and overall product. The price vs. product is valued great.

Did you find this review helpful? Yes No

Brenda Antoine A. *November 14, 2018*

First experience, everything seems to be going well. ✓ ***Verified Purchase***

Did you find this review helpful? Yes No

Leslie A. *June 23, 2017*

All of the staff loved them. It was a pleasant experience because of Veronica. Thank you! We'll be ordering these again. The imprint looks so good! ✓ ***Verified Purchase***

Did you find this review helpful? Yes No

More reviews...

# FAQ

We know this can be confusing. Here you can find the answers you were looking for!

- **Can you do PMS color matching for this item?**
- **Can I use coupons on this item?**
- **Can I order a sample with my logo?**
- **What is the minimum quantity for this item?**
- **What types of imprint methods can be used to decorate this item?**
- **How big can my imprint be on this item?**
- **What is the maximum colors I can print on this item?**

*Shop with confidence knowing our*
***110% Price Match Guarantee***
*has your back!*




Customers also bought:

Google




Bandages In Plastic Case

as low as
$0.67 **Min QTY: 250**



All Natural Lip Balm

as low as
$0.51 **Min QTY: 150**



Water Resistant Adventurer First Aid Kit With Carabiner
as low as
$2.24 **Min QT**

### My Account

Log in or Register
Forgot Password
Change or Cancel Order

### Quick Help

FAQ
Glossary
Site Map
Artwork Guide
Font List

### Company Info

Reviews
About Us
Contact Us
Terms of Service
AnyPromo Academy
Official Blog

Join our Newsletter for
**Exclusive Deals and Promotions:**

Enter your email address SIGN UP

Follow Us

© 2025 AnyPromo Inc. All rights reserved. Privacy Statement. Do Not Sell My Personal Information. Accessibility.

4.9 ★★★★★
Google

# Exhibit H -

# Talukdar - Invoices

H

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

**Date** 03/02/2023
**Invoice #** 8694445

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK**<br>(Croissant, Banana, Pourtin Bar, Juice, and Water) | 350 | $5.00 | $1750.00 |

| | |
|---|---|
| Subtotal | $1750.00 |
| Taxes | $155.00 |
| Total | $1905.00 |

1649

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/22/2023

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **1,750.00

One Thousand Seven Hundred Fifty and 00/100*********************************************************************** DOLLARS

Talukdar Enterprise Corp

Security features. Details on back.

MEMO Snack Packs

AUTHORIZED SIGNATURE

VOID

⑈001649⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1649

Talukdar Enterprise Corp 3/22/2023 1,750.00
Members' Activities:Promotions & Refres Snack Packs for Members

CHASE BANK-OPER Snack Packs 1,750.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1649

Talukdar Enterprise Corp 3/22/2023 1,750.00
Members' Activities:Promotions & Refres Snack Packs for Members

CHASE BANK-OPER Snack Packs 1,750.00

1649

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/22/2023

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **1,750.00

One Thousand Seven Hundred Fifty and 00/100*************************************************************** DOLLARS

Talukdar Enterprise Corp

Security features. Details on back.

MEMO Snack Packs

AUTHORIZED SIGNATURE

VOID

⑈001649⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1649

Talukdar Enterprise Corp 3/22/2023
Members' Activities:Promotions & Refres Snack Packs for Members 1,750.00

VOID

CHASE BANK-OPER Snack Packs 1,750.00

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1649

Talukdar Enterprise Corp 3/22/2023
Members' Activities:Promotions & Refres Snack Packs for Members 1,750.00

VOID

CHASE BANK-OPER Snack Packs 1,750.00

1650

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/22/2023

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **1,905.00

One Thousand Nine Hundred Five and 00/100****************************************** DOLLARS

Talukdar Enterprise Corp

Security features. Details on back.

MEMO Snack Packs

AUTHORIZED SIGNATURE

⑈001650⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1650

Talukdar Enterprise Corp 3/22/2023
Members' Activities:Promotions & Refres Snack Packs for Members 1,905.00

CHASE BANK-OPER Snack Packs 1,905.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1650

Talukdar Enterprise Corp 3/22/2023
Members' Activities:Promotions & Refres Snack Packs for Members 1,905.00

CHASE BANK-OPER Snack Packs 1,905.00

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 01/25/2023
Invoice # 8694578

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK** (Croissant, Banana, Pourtin Bar, Juice, and Water) | 1500 | $5.00 | $7,500.00 |

| | |
|---|---|
| Subtotal | $7,500.00 |
| Taxes | $666.00 |
| Total | $8,166.00 |

1638

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/15/2023

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **8,166.00

Eight Thousand One Hundred Sixty-Six and 00/100************************************************************************ DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments

⑈001638⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1638

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 3/15/2023 | |
| Members' Activities:Promotions & Refres | Snack Packs for Command | | 8,166.00 |
| CHASE BANK-OPER | Membership Refreshments | | 8,166.00 |

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1638

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 3/15/2023 | |
| Members' Activities:Promotions & Refres | Snack Packs for Command | | 8,166.00 |
| CHASE BANK-OPER | Membership Refreshments | | 8,166.00 |

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

1647

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/15/2023

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **8,166.00

Eight Thousand One Hundred Sixty-Six and 00/100********************************************************************** DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Replaces check #1638 Membership Refreshments

⑈001647⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1647

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 3/15/2023 | |
| Members' Activities:Promotions & Refres | Replaces check #1638 Membership Refreshments | | 8,166.00 |
| CHASE BANK-OPER | Replaces check #1638 Membership Refreshmen | | 8,166.00 |

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1647

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 3/15/2023 | |
| Members' Activities:Promotions & Refres | Replaces check #1638 Membership Refreshments | | 8,166.00 |
| CHASE BANK-OPER | Replaces check #1638 Membership Refreshmen | | 8,166.00 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 11/22/2022
Invoice # 784725

**BILL TO**
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR HOLIDAY 2022**<br>(Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 3200 | $6.00 | $19,200.00 |

| | |
|---|---|
| Subtotal | $19,200.00 |
| Taxes | $1704.00 |
| Total | $20,904.00 |

1563

...ICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

11/22/2022

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **20,904.00

Twenty Thousand Nine Hundred Four and 00/100****************************************************** DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Graduation & Posts

⑈001563⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1563

Talukdar Enterprise Corp 11/22/2022
Members' Activities:Promotions & Refres Holiday Coverage 20,904.00

CHASE BANK-OPER Membership Refreshments Graduation & Posts 20,904.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1563

Talukdar Enterprise Corp 11/22/2022
Members' Activities:Promotions & Refres Holiday Coverage 20,904.00

CHASE BANK-OPER Membership Refreshments Graduation & Posts 20,904.00

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 12/28/2022
Invoice # 784875

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR HOLIDAY 2022**<br>(Croissant, Banana, Pourtin Bar, Juice, and Water) | 2500 | $5.00 | $12,500.00 |

| | |
|---|---|
| Subtotal | $12,500.00 |
| Taxes | $1034.00 |
| Total | $13,534.00 |

1585

**[COMMUNICATI]ONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

12/20/2022

[PAY T]O THE [OR]DER OF Talukdar Enterprise Corp $ **13,534.00

Thirteen Thousand Five Hundred Thirty-Four and 00/100********************************************************************* DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments

⑈001585⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1585

Talukdar Enterprise Corp 12/20/2022
Members' Activities:Promotions & Refres Holiday Coverage 13,534.00

CHASE BANK-OPER Membership Refreshments 13,534.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1585

Talukdar Enterprise Corp 12/20/2022
Members' Activities:Promotions & Refres Holiday Coverage 13,534.00

CHASE BANK-OPER Membership Refreshments 13,534.00

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 11/22/2022
Invoice # 784725

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR HOLIDAY 2022** (Croissant, Banana, Pourtin Bar, Juice, and Water) | 3840 | $5.00 | $19,200.00 |

| | |
|---|---|
| Subtotal | $19,200.00 |
| Taxes | $1704.00 |
| Total | $20,904.00 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 09-25-2022
Invoice # 8510

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| FRITO-LAY | 80 | $13.00 | $1040.00 |
| MAFFEN | 80 | $8.00 | $640.00 |
| FAMOUS AMOS CHOCO | 20 | $13.99 | $279.80 |
| GARDEN VAGGIE STRAW | 30 | $17.50 | $525.00 |
| OREO COOKIES | 50 | $10.59 | $529.50 |
| PRINGLE 60CT | 50 | $16.49 | $824.50 |
| CHEX MIX | 50 | $11.49 | $574.50 |
| GINGER ALE | 50 | $11.00 | $550.00 |
| FANTA | 25 | $13.99 | $349.75 |
| PEPSI | 50 | $13.99 | $699.50 |
| CROSSENT | 50 | $10.00 | $500.00 |
| BELVBLRY | 100 | $13.99 | $1399.00 |
| WATER | 100 | $13.00 | $1300.00 |
| GATORADE | 40 | $16.00 | $640.00 |
| BANANA | 20 | $32.00 | $640.00 |
| | | Subtotal | $10491.00 |
| | | Taxes | $918.00 |
| | | **Total** | $11,409.00 |

6968.00

18377.00

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 10/10/2022
Invoice # 78450

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK**<br>(Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 800 | $8.00 | $6,400.00 |

| | |
|---|---|
| Subtotal | $6,400.00 |
| Taxes | $568.00 |
| Total | $6,968.00 |

1538

MMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

10/11/2022

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **18,377.00

Eighteen Thousand Three Hundred Seventy-Seven and 00/100******************************************************************* DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Graduation & Posts

⑈001538⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1538

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 10/11/2022 | |
| Members' Activities:Promotions & Refres | Membership Refreshments Graduation & Posts | | 18,377.00 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Membership Refreshments Graduation & Posts | 18,377.00 |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1538

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 10/11/2022 | |
| Members' Activities:Promotions & Refres | Membership Refreshments Graduation & Posts | | 18,377.00 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Membership Refreshments Graduation & Posts | 18,377.00 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 09-21-2022
Invoice # 7540

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| BELVBLRY | 60 | $13.99 | 1399.00 |
| FRITO-LAY | 100 | $13.00 | $1300.00 |
| OREO COOKIES | 100 | $10.59 | $1059.00 |
| PRINGLE 60CT | 50 | $16.49 | $824.50 |
| PEPSI | 75 | $13.99 | $1049.25 |
| CROSSENT | 60 | $10.00 | $600.00 |
| MAFFEN | 60 | $8.00 | $480.00 |
| FAMOUS AMOS CHOCO | 20 | $13.99 | $279.80 |
| GARDEN VAGGIE STRAW | 30 | $17.50 | $525.00 |
| CHEX MIX | 75 | $11.49 | $861.75 |
| GINGER ALE | 50 | $11.00 | $550.00 |
| FANTA | 25 | $13.99 | $349.75 |
| WATER | 50 | $13.00 | $650.00 |
| GATORADE | 60 | $16.00 | $960.00 |
| BANANA | 30 | $32.00 | $960.00 |
| | | Subtotal | $11,848.05 |
| | | Taxes | $1036.00 |
| | | **Total** | $12,884.05 |

10027.55
22911.60

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 09-25-2022
Invoice # 8510

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| OREO COOKIES | 50 | $10.59 | $529.50 |
| PRINGLE 60CT | 50 | $16.49 | $824.50 |
| PEPSI | 50 | $13.99 | $699.50 |
| CROSSENT | 50 | $10.00 | $500.00 |
| BELVBLRY | 40 | $13.99 | $1399.00 |
| FRITO-LAY | 50 | $13.00 | $660.00 |
| MAFFEN | 50 | $8.00 | $400.00 |
| FAMOUS AMOS CHOCO | 20 | $13.99 | $279.80 |
| GARDEN VAGGIE STRAW | 30 | $17.50 | $525.00 |
| CHEX MIX | 50 | $11.49 | $574.50 |
| GINGER ALE | 50 | $11.00 | $550.00 |
| FANTA | 25 | $13.99 | $349.75 |
| WATER | 50 | $13.00 | $650.00 |
| GATORADE | 40 | $16.00 | $640.00 |
| BANANA | 20 | $32.00 | $640.00 |
| | | Subtotal | $9221.55 |
| | | Taxes | $806.00 |
| | | **Total** | **$10,027.55** |

sssss

1523

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/26/2022

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **22,911.60

Twenty-Two Thousand Nine Hundred Eleven and 60/100************************************************************** DOLLARS

Talukdar Enterprise Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Membership Refreshments US Open, Cricket and U

⑈001523⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1523

Talukdar Enterprise Corp 9/26/2022
Members' Activities:Promotions & Refres Membership Refreshments US Open, Cricket and U 22,911.60

CHASE BANK-OPER Membership Refreshments US Open, Cricket an 22,911.60

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1523

Talukdar Enterprise Corp 9/26/2022
Members' Activities:Promotions & Refres Membership Refreshments US Open, Cricket and U 22,911.60

CHASE BANK-OPER Membership Refreshments US Open, Cricket an 22,911.60

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 09/05/2022
Invoice # 79045

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR SUMMER DETAILS**<br>(Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 475X3 | $6.00 | $8,550.00 |

| | |
|---|---|
| Subtotal | 8,550.00 |
| Taxes | $748.00 |
| Total | 9,298.00 |

1508

…NICATIONS WORKERS OF AMERICA,
LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

9/7/2022

Security features. Details on back.

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **9,298.00

Nine Thousand Two Hundred Ninety-Eight and 00/100****************************************************************************** DOLLARS

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Summer Detail

⑈001508⑈ ⑆021000021⑆ 446684834⑈

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1508

Talukdar Enterprise Corp 9/7/2022 9,298.00
Members' Activities:Promotions & Refres Membership Refreshments Summer Detail

CHASE BANK-OPER Membership Refreshments Summer Detail 9,298.00

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1508

Talukdar Enterprise Corp 9/7/2022 9,298.00
Members' Activities:Promotions & Refres Membership Refreshments Summer Detail

CHASE BANK-OPER Membership Refreshments Summer Detail 9,298.00

PRODUCT SSLT103 USE WITH 81663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 08-23-2022
Invoice # 4890

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| CROSSENT | 60 | $10.00 | $600.00 |
| MAFFEN | 60 | $8.00 | $480.00 |
| FAMOUS AMOS CHOCO | 20 | $13.99 | $279.80 |
| GARDEN VAGGIE STRAW | 30 | $17.50 | $525.00 |
| CHEX MIX | 75 | $11.49 | $861.75 |
| BELVBLRY | 60 | $13.99 | $839.50 |
| FRITO-LAY | 100 | $13.00 | $1300.00 |
| OREO COOKIES | 100 | $10.59 | $1059.00 |
| PRINGLE 60CT | 50 | $16.49 | $824.50 |
| PEPSI | 50 | $13.99 | $699.50 |
| GINGER ALE | 50 | $11.00 | $550.00 |
| FANTA | 25 | $13.99 | $349.75 |
| WATER | 50 | $13.00 | $650.00 |
| GATORADE | 60 | $16.00 | $960.00 |
| BANANA | 30 | $32.00 | $960.00 |

Subtotal 10,998.80
Taxes $963.00
**Total** $11,961.80

11745.00
23706.80

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 08-22-2022
Invoice # 7841

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR SUMMER DETAILS AUGUST 6,13,20** (Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 600X3 | $6.00 | $10,800.00 |

| | |
|---|---|
| Subtotal | $10,800.00 |
| Taxes | $945.00 |
| Total | $11,745.00 |

1494

TIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

8/23/2022

Security features. Details on back.

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **23,706.80

Twenty-Three Thousand Seven Hundred Six and 80/100****************************************************************** DOLLARS

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Summer Detail

⑈001494⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1494

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 8/23/2022 | |
| Members' Activities:Promotions & Refres | Membership Refreshments Summer Detail | | 23,706.80 |

CHASE BANK-OPER Membership Refreshments Summer Detail 23,706.80

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1494

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 8/23/2022 | |
| Members' Activities:Promotions & Refres | Membership Refreshments Summer Detail | | 23,706.80 |

CHASE BANK-OPER Membership Refreshments Summer Detail 23,706.80

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873627001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

# INVOICE

Date 08-01-2022
Invoice # 4421

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK FOR SUNDAY DETAILS JULY 10,17,24** (Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 1200 | $6.00 | $7,200.00 |

| | |
|---|---|
| Subtotal | $7,200.00 |
| Taxes | $630.00 |
| Total | $7,830.00 |

1488

...ATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

8/10/2022

...O THE ...DER OF Talukdar Enterprise Corp $ **7,830.00

Seven Thousand Eight Hundred Thirty and 00/100********************************************************************************************** DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Detail July 10,17,24

⑈001488⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1488

Talukdar Enterprise Corp 8/10/2022
Members' Activities:Promotions & Refres Membership Refreshments Detail July 10,17,24 7,830.00

CHASE BANK-OPER Membership Refreshments Detail July 10,17,24 7,830.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1488

Talukdar Enterprise Corp 8/10/2022
Members' Activities:Promotions & Refres Membership Refreshments Detail July 10,17,24 7,830.00

CHASE BANK-OPER Membership Refreshments Detail July 10,17,24 7,830.00

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 03-20-2022
Invoice # 5002

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| **SNACKS PACK**<br>(Croissant, Banana, Apple, Orange, Pourtin Bar, Juice, and Water) | 800 | $6.00 | $4,800.00 |

| | |
|---|---|
| Subtotal | $4,800.00 |
| Taxes | $426.00 |
| Total | $5,226.00 |

1376

**...NICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

4/1/2022

PAY TO THE ORDER OF Talukdar Enterprise Corp $ **5,226.00

Five Thousand Two Hundred Twenty-Six and 00/100*************************************************************** DOLLARS

Talukdar Enterprise Corp

Security features. Details on back.

AUTHORIZED SIGNATURE

MEMO Membership Refreshments Half Marathon

⑈001376⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1376

Talukdar Enterprise Corp 4/1/2022
Members' Activities:Promotions & Refres Membership Refreshments Half Marathon 5,226.00

CHASE BANK-OPER Membership Refreshments Half Marathon 5,226.00

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1376

Talukdar Enterprise Corp 4/1/2022
Members' Activities:Promotions & Refres Membership Refreshments Half Marathon 5,226.00

CHASE BANK-OPER Membership Refreshments Half Marathon 5,226.00

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

## INVOICE

Date 02-28-2022
Invoice # 5001

BILL TO
**CWA LOCAL 1182**

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| NATURAL VALLEY | 10 | $15.00 | $150.00 |
| PEANUTS SALTED | 12 | $9.50 | $114.00 |
| OREO COOKIES | 15 | $10.59 | $158.85 |
| BELVBLRY | 16 | $13.99 | $223.84 |
| CHEX MIX | 10 | $11.49 | $114.90 |
| GARDEN VAGGIE STRAW | 15 | $17.50 | $262.50 |
| FAMOUS AMOS CHOCO | 12 | $13.99 | $167.88 |
| PRINGLE 60CT | 16 | $16.49 | $263.84 |

Subtotal $1,455.81
Taxes $129.20
Total $1585.01

1372

CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

3/16/2022

alukdar Enterprise Corp $ **1,585.01

ind Five Hundred Eighty-Five and 01/100*************************************************************************** DOLLARS

Security features. Details on back.

ukdar Enterprise Corp

AUTHORIZED SIGNATURE

nbership Refreshments

⑈001372⑈ ⑆021000021⑆ 446684834⑈

CATIONS WORKERS OF AMERICA, LOCAL 1182 1372

| | | | |
|---|---|---|---|
| lukdar Enterprise Corp | | 3/16/2022 | |
| ers' Activities:Promotions & Refres | Holiday Coverage Refreshments | | 1,585.01 |

| | | |
|---|---|---|
| ASE BANK-OPER | Membership Refreshments | 1,585.01 |

MUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1372

| | | | |
|---|---|---|---|
| Talukdar Enterprise Corp | | 3/16/2022 | |
| Members' Activities:Promotions & Refres | Holiday Coverage Refreshments | | 1,585.01 |

| | | |
|---|---|---|
| CHASE BANK-OPER | Membership Refreshments | 1,585.01 |

SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

TO

CWA LOCAL 1182

**INVOICE** **DATE: 01/04/22**

| DESCRIPTION | QTY | RATE | PRICE |
|---|---|---|---|
| NATURAL VALLEY | 89 | 15.00 | 1335.00 |
| PEANUTS SALTED | 80 | 9.50 | 760.00 |
| 7 DAYS BAGEL CHIPS | 25 | 34.50 | 862.50 |
| KNOTT SHORT BREAD | 14 | 10.99 | 153.86 |
| OREO COOKIES | 65 | 10.59 | 688.35 |
| SNYDER | 42 | 8.99 | 377.58 |
| BELVBLRY | 61 | 13.99 | 853.39 |
| CHEX MIX | 18 | 11.49 | 206.82 |
| APPLE | 28 | 40.00 | 1,120.00 |
| ORANGE | 9 | 40.00 | 360.00 |
| BANANA | 7 | 30.00 | 210.00 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

| | | | |
|---|---|---|---|
| GARDEN VAGGIE STRAW | 35 | 17.50 | 612.50 |
| FAMOUS AMOS CHOCO | 35 | 13.99 | 489.65 |
| CHOC CREPES | 48 | 7.99 | 383.52 |
| PRINGLE 60CT | 6 | 16.49 | 98.94 |
| PISTCHIO POM | 64 | 9.99 | 639.36 |
| MILANO COOKIES | 14 | 16.49 | 230.86 |
| ORGHEAL | 30 | 13.89 | 416.70 |
| TRAIL MKIX BAR | 26 | 13.79 | 358.54 |
| TINS W/CHOCO | 12 | 10.49 | 125.88 |
| BAG ZIPLOCK | 32 | 27.20 | 870.40 |

**SUBTOTAL: 11,153.85**

**TAX: (8.875) 989.90**

**TOTAL: 12,143.75**

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

TO

CWA LOCAL 1182

INVOICE DATE: 12/22/21

| DESCRIPTION | QTY | RATE | PRICE |
|---|---|---|---|
| SNYDER | 42 | 8.99 | 377.58 |
| BELVBLRY | 61 | 13.99 | 853.39 |
| CHEEZ IT | 59 | 13.99 | 825.41 |
| CHEX MIX | 18 | 11.49 | 206.82 |
| OVEN DELIGHT C | 131 | 8.49 | 1,112.19 |
| 7 DAYS BAGEL CHIPS | 21 | 34.50 | 724.50 |
| KNOTT SHORT BREAD | 14 | 10.99 | 153.86 |
| OREO COOKIES | 15 | 10.59 | 158.85 |
| FAMOUS AMOS CHOCO | 35 | 13.99 | 489.65 |
| GOLDFISH | 30 | 13.99 | 419.70 |
| MILLS CEREAL | 6 | 6.99 | 41.94 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

| | | | |
|---|---|---|---|
| SUN CHIPS | 20 | 14.99 | 299.80 |
| STARBUCKS MOCHA | 7 | 29.99 | 209.93 |
| DELTA VALLEY HALAL C | 1 | 56.99 | 56.99 |
| CHOC CREPES | 48 | 7.99 | 383.52 |
| PRINGLE 60CT | 6 | 16.49 | 98.94 |
| PISTCHIO POM | 64 | 9.99 | 639.36 |
| MILANO COOKIES | 14 | 16.49 | 230.86 |
| ORGHEAL | 30 | 13.89 | 416.70 |
| TRAIL MKIX BAR | 26 | 13.79 | 358.54 |
| KINDER BUENO | 2 | 28.99 | 57.98 |
| TINS W/CHOCO | 12 | 10.49 | 125.88 |
| BAG ZIPLOCK | 32 | 27.20 | 870.40 |
| 7DAY VAN CROISSANT | 2 | 19.28 | 40.56 |
| CHIPS AHOY | 25 | 10.46 | 261.50 |
| WELCHS | 18 | 15.52 | 279.36 |
| CLASSIC CHIPS | 58 | 17.00 | 986.19 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

| | | | |
|---|---|---|---|
| GATORADE | 134 | 15.50 | 2,077.00 |
| APPLE | 32 | 40.00 | 1,280.00 |
| ORANGE | 11 | 40.00 | 440.00 |
| BANANA | 6 | 30.00 | 180.00 |
| GARDEN VAGGIE STRAW | 40 | 17.50 | 700.00 |

**SUBTOTAL: 15,357.40**

**TAX: (8.875) 1,362.96**

**TOTAL: 16,720.36**

...CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1328

1/11/2022

...THE ...R OF Talukdar Enterprise Corp $ **28,864.11

Twenty-Eight Thousand Eight Hundred Sixty-Four and 11/100*************************************************************** DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Holiday Coverage Refreshments

⑈001328⑈ ⑆021000021⑆ 446684834⑈

...OMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1328

Talukdar Enterprise Corp 1/11/2022
Members' Activities:Promotions & Refres Holiday Coverage Refreshments 28,864.11

CHASE BANK-OPER Holiday Coverage Refreshments 28,864.11

...OMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182 1328

Talukdar Enterprise Corp 1/11/2022
Members' Activities:Promotions & Refres Holiday Coverage Refreshments 28,864.11

...CHASE BANK-OPER Holiday Coverage Refreshments 28,864.11

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

TO

CWA LOCAL 1182

INVOICE DATE: 12/15/21

| DESCRIPTION | QTY | RATE | PRICE |
|---|---|---|---|
| OVEN DELIGHT CLASSIC | 40 | 8.49 | 339.60 |
| OVEN DELIGHT CHERRY | 14 | 5.99 | 83.86 |
| BELVITA SANDWICH | 32 | 13.50 | 464.00 |
| BELVITA CINAMIN | 24 | 14.99 | 383.76 |
| LINDENS | 27 | 8.99 | 242.73 |
| CHEX MIX | 30 | 8.99 | 269.70 |
| BAGEL CHIPS | 116 | 11.50 | 1,334.50 |
| SIMPLY ORANGE JUICE | 10 | 16.00 | 160.00 |
| GATORADE MIX | 91 | 15.99 | 1,455.09 |
| SNAPPLE JUICE | 40 | 14.25 | 570.00 |
| APPLE | 22 | 35.00 | 880.00 |
| ORANGE | 23 | 35.00 | 920.00 |
| POLAND SPRING | 12 | 13.00 | 156.00 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

| | | | |
|---|---|---|---|
| LAYS CLASSIC | 41 | 13.99 | 573.59 |
| CHEEZ IT ORIGINAL | 32 | 13.99 | 447.68 |
| GARDEN VEGGIE STRAW | 15 | 11.99 | 179.85 |
| NATURAL VALLEY | 12 | 15.00 | 180.00 |
| PEANUTS SALTED | 25 | 9.50 | 237.50 |
| SNYDER | 16 | 8.99 | 143.84 |
| FAMOUS AMOS CHOCO | 20 | 13.99 | 279.80 |
| ZIPLOC | 20 | 18.99 | 379.80 |
| OREO | 156 | 12.75 | 1,989.00 |
| WELCHS | 96 | 13.25 | 1,272.00 |

**SUBTOTAL: 13,350.30**

**TAX:(8.875) 1184.83**

**TOTAL: 14,535.13**

1308

…CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

12/16/2021

…TO THE …DER OF Talukdar Enterprise Corp $ **14,535.13

Fourteen Thousand Five Hundred Thirty-Five and 13/100*********************************************************************** DOLLARS

Security features. Details on back.

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Holiday Coverage Refreshments

⑈001308⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1308

| | | |
|---|---|---|
| Talukdar Enterprise Corp | 12/16/2021 | |
| Members' Activities:Promotions & Refres Holiday Coverage Refreshments | | 14,535.13 |
| CHASE BANK-OPER Holiday Coverage Refreshments | | 14,535.13 |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1308

| | | |
|---|---|---|
| Talukdar Enterprise Corp | 12/16/2021 | |
| Members' Activities:Promotions & Refres Holiday Coverage Refreshments | | 14,535.13 |
| CHASE BANK-OPER Holiday Coverage Refreshments | | 14,535.13 |

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873627001

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

TO

CWA LOCAL 1182

**INVOICE**

Date: 12/6/21

| DESCRIPTION | QTY | RATE | PRICE |
|---|---|---|---|
| OREO 30 PACK | 169 | 12.75 | 2154.75 |
| LAY'S CHIP 50 PACK | 73 | 14.29 | 1043.17 |
| OAT'S HONEY BAR 49 PACK | 72 | 13.79 | 992.88 |
| BELVITA 30 PACK | 40 | 13.99 | 559.60 |
| SALTED PEANUT 48 PACK | 170 | 8.59 | 1,460.30 |
| OVEN DELIGHT COCHAN 12 PACK | 60 | 8.25 | 495.00 |
| OVEN DELIGHT MUFFIN 6 PACK | 40 | 6.99 | 279.60 |
| OVEN DELIGHT CHEESE N APPLE | 60 | 6.99 | 419.40 |
| WELCH'S 24 PACK | 96 | 13.25 | 1,272.00 |
| TROPICANA 24 PACK | 91 | 15.49 | 1,409.59 |

# Talukdar Enterprise Corp.

1402 Union Port Rd, Bronx, NY 10462. Phone: 347-740-9062

| | | | |
|---|---|---|---|
| FRUITE PUNCH APPLE JUICE | 49 | 14.49 | 710.01 |
| APPLE JUICE | 40 | 10.99 | 439.60 |
| LINDENS COOKIES 18 PACK | 54 | 8.99 | 485.46 |
| BANANA | 10 | 25.00 | 250.00 |
| APPLE | 6 | 30.00 | 180.00 |
| FAMOUS AMOS CHOCO | 76 | 13.99 | 1063.24 |
| CHEEZ IT WHITE CHEDD | 24 | 13.99 | 335.76 |
| 7 DAYS BAGEL CHIPS | 1 | 32.50 | 32.50 |
| ZIPLOCK BAG | 36 | 5.00 | 180.00 |

**SUBTOTAL: 13,617.85**

:

**TAX:(8.875%) 1192.60**

**TOTAL: 14,810.45**

Sajon
12/6/21

LOCAL 1182

# EXPENSE VOUCHER

Communications Workers of America

Name TALUKDAR ENTERPRISE Voucher Date 12/06/21

Address 1402 UNION PORT RD, BRONX, NY 10462

City, State, Zip

☐ Check here for Address Change

| | Date MM/DD | MTA | Tolls | Parking | Personal Car | Other (EXPLAIN) | Total |
|---|---|---|---|---|---|---|---|
| WEEK 1 | | | | | | | |
| | SUNDAY / | | | | | FOR HOLIDAY | 14810.45 |
| | MONDAY / | | | | | REFRESHMENT | |
| | TUESDAY / | | | | | 11/26/21-12/05/21 | |
| | WEDNESDAY / | | | | | | |
| | THURSDAY / | | | | | | |
| | FRIDAY / | | | | | | |
| | SATURDAY / | | | | | | |
| WEEK 2 | | | | | | | |
| | SUNDAY / | | | | | | |
| | MONDAY / | | | | | | |
| | TUESDAY / | | | | | | |
| | WEDNESDAY / | | | | | | |
| | THURSDAY / | | | | | | |
| | FRIDAY / | | | | | | |
| | SATURDAY / | | | | | | 14810.45 |
| Total | | | | | | | |

| Auto Travel Report | | | | Explanation of Activities and Expenses : |
|---|---|---|---|---|
| Date | Miles | From | To | |
| | | | | |

THIS CERTIFIES THAT THE AMOUNTS SHOWN ON THIS VOUCHER WERE INCURRED BY ME ON BEHALF OF CWA 1182.

(VOUCHER MUST BE SIGNED BY THE ORIGINATOR AND ALSO HAVE APPROVAL SIGNATURE BEFORE EXPENSES MAY BE REIMBURSED.

Signature: [signature] Approval Signature:

1291

CATIONS WORKERS OF AMERICA, LOCAL 1182
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

11/23/2021

THE ER OF Talukdar Enterprise Corp $ **14,810.45

Fourteen Thousand Eight Hundred Ten and 45/100****************************************************************************** DOLLARS

Talukdar Enterprise Corp

AUTHORIZED SIGNATURE

MEMO Holiday Coverage Refreshments

⑈001291⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1291

Talukdar Enterprise Corp 11/23/2021
Members' Activities:Promotions & Refres Holiday Coverage Refreshments 14,810.45

CHASE BANK-OPER Holiday Coverage Refreshments 14,810.45

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1291

Talukdar Enterprise Corp 11/23/2021
Members' Activities:Promotions & Refres Holiday Coverage Refreshments 14,810.45

CHASE BANK-OPER Holiday Coverage Refreshments 14,810.45

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

# Exhibit I -

# Talukder - NYS Division of Corporations

An official website of New York State.
Here's how you know

NEW YORK STATE

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** TALUKDER ENTERPRISE CORP
**DOS ID:** 5817354
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/20/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/20/2020
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BRONX
**NEXT STATEMENT DUE DATE:** 08/31/2022
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION
**Address:** 1402 UNIONPORT ROAD, BRONX, NY, UNITED STATES, 10462

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**
**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

An official website of New York State.
Here's how you know

NEW YORK STATE

# Department of State
## Division of Corporations

## Entity Assumed Name History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** TALUKDER ENTERPRISE CORP
**DOS ID:** 5817354
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/20/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/20/2020
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BRONX
**NEXT STATEMENT DUE DATE:** 08/31/2022
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|---|---|---|---|---|
| 06/07/2023 | SUNDARBAN HALAL MEAT | 6871015 | Active | |

Rows per page: 5 1-1 of 1

# Exhibit J -

# Talukder - Company-detail.com

We use cookies to give you the best online experience. By using our website you agree to our use of cookies in accordance with our cookie policy. OK

Company-detail.com

Home Terms

# TALUKDER ENTERPRISE CORP

TALUKDER ... is an entity registered at BRONX county with company ... 5817354. ... located at the address 1545 Unionport Rd Apt 6C Bro... York, 1046... rporated on August 20, 2020. Current status of the co... active.







## News

rafting a Haggis for American ...nport Restrictions)
23:32, January 25, 2025 R

8 Injured After 'Unexpected Ai... ...ovement' on a United Flight
22:31, January 25, 2025 L... ...cCarthy

mazon's Fight With Unions He... ...hole Foods Market
19:34, January 25, 2025 D... ...aye

DOWNLOAD

2 Easy Steps:
1. Click "Download"
2. Add Learn Assist Extension

## Rating

0

| | |
|---|---|
| Company name | TALUKDER ENTERPRISE CORP |
| DOS ID # | 5817354 |
| Initial DOS Filin... | August 20, 2020 |

| | |
|---|---|
| County | BRONX |
| Jurisdiction | NEW YORK |
| Company Type | DOMESTIC BUSINESS CORPORATION |
| Current Company Status | ACTIVE |

## Company Address Information

| | |
|---|---|
| DOS Process | SHOPON TALUKDER<br>1545 UNIONPORT RD APT 6C<br>BRONX, NEW YORK, 10462 |

All data are drawn from publicly available sources. This data is provided for informational purposes only.

## Related companies by name

- TALUKDER GROUP INC
- TALUKDER HOLDINGS INC.
- TALUKDER N CORP.
- TALUKDER TAXI INC.
- TALUKDER USA LLC
- TALUKDER VENTURE LLC
- TALULA ENERGY SOLUTIONS, LLC
- TALULA SKINCARE LIMITED LIABILITY COMPANY
- TALULAH'S FANCY & FRIENDS LLC
- TALULAH'S TABOO, INC.
- TALULLA REALTY INC.
- TALULLAH AND THE BEAST, LLC
- TALULLAH ENTERPRISES, LLC
- TALULLAH TOURING LLC
- TALUKDER CORPORATION
- TALUKDER & SONS CORP
- TALUKDAR TRANSPORT INC.
- TALUKDAR PRO LLC
- TALUKDAR INC.
- TALUKDAR GLOBAL GROUP, INC.
- TALUJON, INC.
- TALUHNT USA LLC
- TALUH TRADING CORPORATION
- TALUCCI CONTRACTORS, INC.
- TALUCCI & TALUCCI LLC

Related companies by company number

- ZUMBO THERAPEUTICS L.L.C.
- FIRST CLASS GLASS INC
- J&M SOLAR ROOFING LLC
- NE OUBLIE, LLC
- OAK ORCHARD KNOT CLUB LLC
- BMADERA BUSINESS SERVICES LLC
- A FAT MOMENT OF SOUL LLC
- DS NY TAXI, LLC
- WOVEN TALENT LLC
- AUTOLEADER MOTOR INC
- GCP IV MH MANAGEMENT, LLC
- EMPIRE GARDEN, INC.
- HADAS BP LLC
- CORPORATE EVENT SPECIALTIES LLC
- SK TRUCKING LLC
- IV PROCUREMENT CONSULTANTS LLC
- JUST MY BUSINESS INC.
- MARINA'S SALON LLC
- YM BLUEPRINTS DESIGNS LLC
- LAFAYETTE SQUARE MANAGEMENT, LLC
- SOLENE ROSE BEAUTY STUDIO L.L.C.
- MARCUS CROWN COLLECTION LLC
- HYBRID PARK LLC
- BILLIONAIRE MANAGEMENT LLC
- MS BZ LEARNING CAFE LLC
- KNICKERBOCKER VETERINARIAN PLLC
- ANDREW KWON LLC
- JENCON CONSTRUCTION LLC

© Copyright 2018 by Company-detail.com. All Rights Reserved.

This site uses Google AdSense ad intent links. AdSense automatically generates these links and they may help creators earn money.

# Exhibit K -

# NYS Sales Tax and Mock Product Search - Amazon and BJs

# Listings of Taxable and Exempt Foods and Beverages Sold by Food Stores and Similar Establishments

## Tax Bulletin ST-525 (TB-ST-525)

Printer-Friendly Version (PDF)

Issue Date: Updated August 8, 2019

## Introduction

Most food is exempt from sales tax. The exemption for food includes:

- food products;
- dietary foods;
- health supplements; and
- certain beverages.

Food must meet these conditions to be exempt from tax:

- it must be sold for human consumption;
- it must be sold unheated; and
- it must be sold in the same form and condition, quantities, and packaging as is commonly used by retail food stores.

These foods and beverages, however, are not exempt from tax:

- candy and confectionary;
- alcoholic beverages;
- soft drinks, fruit drinks, sodas, or similar beverages;
- heated or prepared meals (sandwiches, salad bars, etc.); and
- food or beverage sold for on-premises consumption.

Taxable food and beverage items may be purchased for resale without payment of tax if the purchaser gives the seller a properly completed Form ST-120, *Resale Certificate*. The purchaser will collect tax when the items are resold. If a purchaser does pay sales tax on a purchase, it may later take a credit on its sales tax return for the amount of tax it paid to the original seller. See Tax Bulletin *Sales Tax Credits* (TB-ST-810).

Additional resources relating to sales of food and beverages (e.g., sales by restaurants, sales from vending machines, or sales of candy or sandwiches) are listed at the end of this bulletin.

## Listings of taxable and exempt food and beverages

The charts below list some examples of taxable and exempt foods and beverages sold at retail food markets and similar establishments. (**Note:** Any brand name product shown in italics is included as an example and is not to be construed as an endorsement of the product.)

The table below may contain content too wide for the screen. To view all of its content, please use the ***scrollbar*** at the bottom of the table, or ***scroll*** the table itself if using a touch device.

**Exempt foods and beverages**

*Arnold Palmer Half & Half®*
Artificial sweeteners
Baby food
Bakery products
Baking products
*Beefamato®*
*Boost®*
Bouillon cubes
Bread
Brownies
Butter
Cereals
Chicory
Chocolate (for cooking purposes only)
*Clamato Juice Cocktail®*
Cocoa
Coconut
Coffee
Coffee creamers
Condiments (e.g., salt, pepper)
Cookies
Crackers
Cupcakes
Dehydrated fruit
Dehydrated vegetables
Diet foods (but not diet candy)
Diet substitutes
Diet supplements
Doughnuts
Dressings
Eggs and egg products
*Ensure®*
Fats
Fish and fish products
Flavorings (e.g., vanilla or almond extract)
Flour
Food coloring
Fruit
Fruit juices containing 70% or more of natural fruit juice (unless carbonated)
*Fruit Rollups®*
Game (e.g., partridges, rabbits, wild turkeys)
Grain products
Granola bars
Gravies
*Great Shakes®*
Health bars
Health food
Health supplements
Herbs
Honey
Ice cream (prepackaged)
Iced coffee
Iced tea (frozen or liquid)
Iced tea mix
Instant breakfast mix
Jams (fruit preserves)
Jelling agents
Jellies
Ketchup
Lard
Leavening agents
Liquid diet products
Mayonnaise
Meats and meat products
Milk and milk products
Mustard
Non-stick cooking sprays
*Nutrament®*
Nuts and nut products (but not chocolate- or candy-coated or honey-roasted nuts)
Pepper
Popcorn
Potato chips
Poultry
Poultry products
Preservatives
Pretzels
*Quik®*
Relishes
Salad dressing mixes
Salad dressings
Salt
Sandwich spreads
Sauces
Seafood
Seasonings
Sesame seeds (for baking)
Sherbet
Shortening
*Slim-Fast®*
Soup
Spices
Starch (for cooking)
*Start®*
Sugar
Sugar substitutes
Sunflower seeds (sold for human consumption)
Syrups
*Tang®*
Tea
Vanilla extract
Vegetables
Vegetable juices
Vegetable oils
*V8 Juice®*
Vitamins
Yeast

Frozen desserts
Frozen dinners
Oils (cooking, salad)
Oleomargarine
Olives
*Ovaltine®*
Peanut butter
Peanuts

**Taxable foods and beverages**

*5-Hour Energy®*
Beer
Bottled water
Candied apples
Candy and confectionery
Caramel-coated popcorn
Caramels
Carbonated beverages
Carbonated water
Chewing gum
Chocolate candy
Chocolate-coated nuts
Chocolate-coated pretzels
Coated candy
Cocktail mixes
Collins mixer
Cranberry juice cocktails
Dietetic candy
Dietetic carbonated beverages
Dietetic soft drinks
Fountain drinks (e.g., sodas, milkshakes, etc.)
French burnt peanuts
Fruit drinks[1]
Fruit nectars[1]
Fruit punch[1]
Fudge
*Gatorade®*
Glazed fruit
*Hi-C®*
Honey-roasted nuts
Ice
Ice cream cones (made to order)
Ice cream sodas
Ice cubes
Jordan almonds
*Kool-Aid®*
Lemonade
Licorice
Maple sugar candy
Mineral water
*Monster Energy Drink®*
*MiO Liquid Water Enhancer®*
Nuts (chocolate or candy coated)
*Orange Crush®*
Pet foods[2]
*Powerade®*
*Red Bull®*
Rockstar Energy Drink®
Seltzer (water)
Soft drinks
smartwater™
Vegetable plants (used to grow food)
Vegetable seeds (used to grow food)
Vichy water
*vitaminwater™*
*Yoo Hoo®*

## Coupons and food stamps

For information about foods and beverages purchased with coupons or food stamps, see Tax Bulletin *Coupons and Food Stamps* (TB-ST-140).

[1]If product contains less than 70% real fruit juice. (back)
[2]Pet food purchased for guide, hearing, and service dogs is exempt. See Tax Bulletin *Exemptions Relating to Guide, Hearing, and Service Dogs* (TB-ST-245). (back)

Note: A Tax Bulletin is an informational document designed to provide general guidance in simplified language on a topic of interest to taxpayers. It is accurate as of the date issued.

However, taxpayers should be aware that subsequent changes in the Tax Law or its interpretation may affect the accuracy of a Tax Bulletin. The information provided in this document does not cover every situation and is not intended to replace the law or change its meaning.

Note: A Tax Bulletin is an informational document designed to provide general guidance in simplified language on a topic of interest to taxpayers. It is accurate as of the date issued. However, taxpayers should be aware that subsequent changes in the Tax Law or its interpretation may affect the accuracy of a Tax Bulletin. The information provided in this document does not cover every situation and is not intended to replace the law or change its meaning.

**References and other useful information**

**Tax Law:** Sections 1105(a); 1105(d); and 1115(a)(1)

**Regulations:** Sections 527.8 and 528.2

**Publications:**

Publication 750, *A Guide to Sales Tax in New York State*
Publication 840, *A Guide To Sales Tax For Drugstores and Pharmacies*

**Memoranda:** TSB-M-18(1)S, *Summary of Sales and Use Tax Changes Enacted in the 2018-2019 Budget Bill*

**Bulletins:**

*Beverages Sold by Food Stores, Beverage Centers, and Similar Establishments* (TB-ST-65)
*Candy and Confectionery* (TB-ST-103)
*Coupons and Food Stamps* (TB-ST-140)
*Dietary Foods and Health Supplements* (TB-ST-160)
*Food and Beverages Sold from Vending Machines* (TB-ST-280)
*Food and Food Products Sold by Food Stores and Similar Establishments* (TB-ST-283)
*Purchases by Restaurants, Taverns, and Similar Establishments* (TB-ST-695)
*Recordkeeping Requirements for Sales Tax Vendors* (TB-ST-770)
*Sales by Restaurants, Taverns, and Similar Establishments* (TB-ST-806)
*Sales Tax Credits* (TB-ST-810)
*Sandwiches* (TB-ST-835)

Page last reviewed or updated: October 16, 2024

New York State Department of Taxation and Finance

**From:** [redacted]
**To:** [redacted]
**Subject:** Screenshot 2025-02-24 at 1.02.54 PM
**Date:** Monday, February 24, 2025 1:03:49 PM

---

1:02 3:39

← **Place Your Order - Amazon.com C...**

| | |
|---|---|
| Items: | $25.97 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$25.97** |

**Paying with Visa 4263**

Change payment method

Use a gift card, voucher, or promo code

**Delivering to Andrew Ross**

58 SOUNDVIEW RD, GREAT NECK, NY, 11020-1137, United States

Change delivery address

Add delivery instructions

**Arriving Mar 2, 2025**

If you order in the next 10 hours and 57 minutes
Details

**Sunday, Mar 2**
FREE Delivery




Frito Lay Ultimate Snack Care Package, Variety Assortment of Chips, Cookies, Crackers & More, (Pack of 40)
**$25.97 ($0.65 / Count)**

Ships from and sold by
Amazon.com

2:02 22:54 62

Cart (1)

**Shipping**

*$7.75 Shipping Fee*

Subtotal (1 item): $15.29




Oreo Chocolate Sandwich Cookies, 30 pk./2.4 oz.

Item: 71656

**$15.29**

EBT Eligible

**1 Coupons to Clip**

1 + Save for later Remove

Pickup at Akron
*In-Stock*

Delivery to 11554
unavailable

Shipping
Standard Delivery

Buy with Pay

**CHECKOUT**

Home Shop Coupons In-Club Cart

2:02 23:11[33] 62

Cart (1)

## Order Summary

| | |
|---|---|
| **Subtotal** | **$15.29** |
| Shipping | $7.75 |
| Est. Tax for 11554 | $0.00 |
| PROMO CODE | + |
| **Estimated Total** | **$23.04** |

**Estimate Tax and Shipping**

Calculate

**Earn 3% back in rewards on most BJ's purchases[1]. Check if you're pre-approved**

Buy with Pay

CHECKOUT

Home Shop Coupons In-Club Cart

# Exhibit L -

## Syed Utba - Check #1210 - $11,222.07

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**
108-18 QUEENS BLVD.
FOREST HILLS, NY 11375

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

1210

8/11/2021

PAY TO THE ORDER OF Syed Utba $ **11,222.07

Eleven Thousand Two Hundred Twenty-Two and 07/100******************************************************************* DOLLARS

Syed Utba

Security features. Details on back.

MEMO Membership Refreshments

AUTHORIZED SIGNATURE

⑈001210⑈ ⑆021000021⑆ 446684834⑈

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1210

Syed Utba 8/11/2021
Members' Activities:Promotions & Refres Membership Refreshments 11,222.07

CHASE BANK-OPER Membership Refreshments 11,222.07

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1210

Syed Utba 8/11/2021
Members' Activities:Promotions & Refres Membership Refreshments 11,222.07

CHASE BANK-OPER Membership Refreshments 11,222.07

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82873827001

CWA LOCAL 1182

# EXPENSE VOUCHER

Communications Workers of America

Name
Address
City, State, Zip
Voucher Date

Check here for Address Change

| | Date MM/DD | MTA | Tolls | Parking | Personal Car | Other (EXPLAIN) | Total |
|---|---|---|---|---|---|---|---|
| WEEK 1 | | | | | | | |
| | SUNDAY / | | | | | | |
| | MONDAY / | | | | | | |
| | TUESDAY / | | | | | | |
| | WEDNESDAY / | | | | | | |
| | THURSDAY | | | | | | |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182** 1210

8/11/2021

Syed Utba 11,222.07

Members' Activities:Promotions & Refres Membership Refreshments

11,222.07

CHASE BANPER Membership Refreshments

PRODUCT SSLT103 USE WITH ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop 82673827001

THIS CERTIFIES THAT THE AMOUNTS SHOWN ON THIS VOUCHER WERE INCURRED BY ME ON BEHALF OF CWA 1182.

(VOUCHER MUST BE SIGNED BY THE ORIGINATOR AND ALSO HAVE APPROVAL SIGNATURE BEFORE EXPENSES MAY BE REIMBURSED.

Signature: Approval Signature:

# Exhibit M -

# Khalil Biryani House Receipts

**KHALIL BIRYANI HOUSE**
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

**ORDER: 073**
**Dine-In**
Cashier: MD RAHMAN
01-Aug-2021 10:07:06A

| | | |
|---|---|---|
| 1 | Custom Item | $1,000.00 |
| **Total** | | **$1,000.00** |
| CASH SALE | | $1,000.00 |
| Cash tendered | | $1,000.00 |

Online: https://clover.com/p /0YK06ABA8M484

Order NA7H9DY4YTP6A
Payment 0YK06ABA8M484

Clover Privacy Policy
https://clover.com/privacy

**KHALIL BIRYANI HOUSE**
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

**ORDER: 017**
**Dine-In**
cratering

Cashier: MD RAHMAN
05-Aug-2021 10:03:04P

| | | |
|---|---|---|
| 1 | Custom Item | $1,000.00 |
| **Total** | | **$1,000.00** |
| CASH SALE | | $1,000.00 |
| Cash tendered | | $1,000.00 |

Cricket Tournament

Online: https://clover.com/p /GBBGXPFWW9M00

***** REPRINT *****

Order TVR8D6G9N8PSP
Payment GBBGXPFWW9M00

Clover Privacy Policy
https://clover.com/privacy

Welcome to Dunkin'
Store #: 331197
1374 Metropolitan Ave
NY 1046?
(718) 824-3096
174901 Shahina

CHK 4051
8/1/2021 7:42 AM

Eat In
1 Sm Hot Orig Cof 2.19
2 Sugar
2 Cream
Visa $2.38
************0703

Tran Type : Purchase
Entry Mode : TAPPED
Auth Code : 094307
VISA DEBIT
AID: A0000000031010
No Signature Required
I agree to pay the above total amount according to the card issuer (merchant agreement if credit voucher).

Subtotal $2.19
Tax $0.19
Payment $2.38
Change Due $0.00

Check Closed
8/1/2021 7:43 AM

****************************************
Donut forget to tell us about today's visit! Talk to us at www.DunkinRunsOnYou.com within 3 days and receive a FREE CLASSIC DONUT on your next visit when you purchase a Medium or Larger Beverage

See restrictions on dunkindonuts.com

Survey Code: 05101 31197-070?
********************************
Additional Discounts Will Applied to Promotional
********************************
Thank You for visit!
See you again so

KHALIL BIRYANI HOUSE
2060 MCGRAW AVE..
BRONX, NY 10462
9296248398
Cashier: MD R.
05 Aug 2021 10:03:55P
Transaction 104953

| | | |
|---|---|---|
| 1 | Custom Item | $2,010.00 |
| **Total** | | **$2,010.00** |
| DEBIT CARD AUTH | | $2,010.00 |
| Tip | | |
| Total | | |

Retain this copy for statement validation

05-Aug-2021 10:04:11P
$2,010.00 | Method: EMV
Debit XXXXXXXXXXXX9501
SYED UTBA
Reference ID: 121800553296 | Auth ID: 852375
MID: ********8885
AID: A0000000042203
AthNtwkNm: MASTERCARD
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/p/1MQM9130B4FST

Order 4EAWQ27G5JP5P
Payment 1MQM9130B4FST

Clover Privacy Policy
https://clover.com/privacy

WELCOME TO
MAXIMUS
646-339-2617
0000000009758707
MOBIL
1719 CROSS BRONX
BRONX NY 10460

| Description | Qty | Amount |
|---|---|---|
| REGULAR CA #05 | 6.842G | 22.16 |
| SELF @ 3.239/ G | | |
| | Subtotal | 22.16 |
| | Tax | 0.00 |
| TOTAL | | 22.16 |
| | DEBIT $ | 22.16 |

USD$22.16
Payment from
Primary Account
************0703
Entry: Chip Read
AppName: US DEBIT
AuthNet: MAE DIR
MODE: Issuer
AID: A0000000980840
Auth #: 667319
Resp Code: 000
Stan: 0339361481
Invoice #: 437290
Shift #: 1
Store # 9758707

Verified By PIN
No Signature Needed

Tell us about
your visit
www.myexxonmobil
visit.com

ST# 3623 TILL XXXX DR# 1 TRAN# 9058523
CSH: 0 7/31/21 11:04:36 AM

**KHALIL BIRYANI HOUSE**
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

**ORDER: 016**
**Dine-In**
Cashier: MD RAHMAN
31-Jul-2021 9:49:08A
Transaction 105005

| | | |
|---|---|---|
| 1 Custom Item | | $44.00 |
| **Subtotal** | | **$44.00** |
| Default | 8.875% | $3.91 |
| **Total** | | **$47.91** |
| DEBIT CARD AUTH | | $47.91 |
| Tip | | ________ |
| Total | | ________ |

Retain this copy for statement validation

31-Jul-2021 9:49:15A
$47.91 | Method: EMV
US DEBIT XXXXXXXXXXXX0703
SYED UTBA
Reference ID: 121200636536 | Auth ID: 054909
MID: ********2880
AID: A0000000980840
AthNtwkNm: VISA
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/p/R4SH576MSK7VG

**Customer Info**
Name:
SYED UTBA

Order XQ11ZCXWAS0E0
Payment R4SH576MSK7VG

Clover Privacy Policy
https://clover.com/privacy

KHALIL BIRYANI HOUSE
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

ORDER: 067
Dine-In
Cashier: MD RAHMAN
07-Aug-2021 1:03:21P
Transaction 105467

| | | |
|---|---|---|
| 1 | Custom Item | $80.00 |
| **Subtotal** | | **$80.00** |
| **Total Taxes** | | **$7.10** |
| **Total** | | **$87.10** |
| DEBIT CARD AUTH | | $87.10 |
| Tip | | ________ |
| Total | | ________ |

SYED UTBA

I agree to pay the above amount per the cardholder and/or merchant agreement

| Tip | Amount | Total |
|---|---|---|
| 15% | $12.00 | $99.10 |
| 18% | $14.40 | $101.50 |
| 20% | $16.00 | $103.10 |
| 30% | $24.00 | $111.10 |

07-Aug-2021 1:03:30P
$87.10 | Method: EMV
Debit XXXXXXXXXXXX9501
SYED UTBA
Reference ID: 121900641156 | Auth ID: 210188
MID: ********2880
AID: A0000000042203
AthNtwkNm: MASTERCARD
RtInd:CREDIT

Online: https://clover.com/p/KA0K1NRZTMMVT
Merchant Copy

Order YAEPNX92YCQ1E
Payment KA0K1NRZTMMVT

Clover Privacy Policy
https://clover.com/privacy

---

Key Food FRESH

KEY FOOD #1440
1535 Unionport Rd.
Bronx, NY 10462
718-828-4524

Please Check Your Bags Before Leaving
No Cash Refunds - Exchange Only
Must Have This Receipt For Exchange

| | | | |
|---|---|---|---|
| | PLND SPRNG WTR 24PPL | 4.99 | B |
| DP | 24 PACK DEPOSIT | 1.20 | F |
| | TAX | 0.44 | |
| | **** BALANCE | 6.63 | |

EMV CARD - C

KEY FOOD 1440
1535 Unionport Rd.
Bronx, NY 10462
Payment Type: Debit MasterCard
Card: ************9501
**Payment Amt: $6.63**
Cashback Amt: $0.00
Authorization#. 785357
Sequence#: 2238
Terminal ID:
08/07/21 01:37pm 108 2

AID: A0000000041010
TSI: E800 TVR: 0000048000
CVM# 420300 POS Entry Mode: 05
Trans. Type: 00
App. Issuer Data 0110607001220000000E9
App. Cryptogram: 99FD50ABD5EF788E

| | |
|---|---|
| MasterCard | 6.63 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 1
08/07/21 01:37pm 1440 2 87 108

**Join the Key Food Savings Club for Additional Dollar Savings.**
Thank You for shopping at KEY FOOD!
Your cashier was ROSEY
at KEY FOOD

**KHALIL BIRYANI HOUSE**
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

**ORDER: 032**
**Dine-In**

Cashier: MD RAHMAN
31-Jul-2021 10:37:42A
Transaction 105008

| | | |
|---|---|---|
| 1 Custom Item | | $100.00 |
| **Subtotal** | | **$100.00** |
| Default | 8.875% | $8.88 |
| **Total** | | **$108.88** |
| DEBIT CARD AUTH | | $108.88 |
| Tip | | ________ |
| Total | | ________ |

Retain this copy for statement validation

31-Jul-2021 10:37:51A
$108.88 | Method: EMV
US DEBIT XXXXXXXXXXXX0703
SYED UTBA
Reference ID: 121200636566 | Auth ID: 003710
MID: ********2880
AID: A0000000980840
AthNtwkNm: VISA
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/p/KT9ABBQF8B3KT

Order CPC1FFWKE1EX4
Payment KT9ABBQF8B3KT

Clover Privacy Policy
https://clover.com/privacy

**KHALIL HALAL CHINESE & THAI**
2062 MCGRAW AVENUE
THE BRONX, NY 10462
3476212881

**ORDER: 039**
**Menufy Doordash**

Cashier: MD R.
28-Jul-2021 10:55:26P
Transaction 003918

| | |
|---|---|
| 1 Custom Item | $910.00 |
| **Total** | **$910.00** |
| DEBIT CARD AUTH | $910.00 |
| Tip | ________ |
| Total | ________ |

Retain this copy for statement validation

28-Jul 2021 10:56:00P
$910.00 | Method: EMV
Debit XXXXXXXXXXXX9501
SYED UTBA
Reference ID: 121000500342 | Auth ID: 760349
MID: ********1888
AID: A0000000042203
AthNtwkNm: MASTERCARD
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/p/K5ERVWME88QZG

**Customer Info**
Name:
SYED UTBA

Order RB5VN7CM1GJL0
Payment K5ERVWME88QZG

Clover Privacy Policy
https://clover.com/privacy

THE HOME DEPOT

How doers get more done.

STORE# 6877 : BRONX BRUCKNER BOULEVARD
STORE MANAGER LARRY SMITH: 718-828-1071

6877 00007 52030 08/05/21 03:41 PM
SALE CASHIER RICHARD

810016110835 HDMVBOX <A>
BLANK MEDIUM BOX, 22"X16"X15"
10@1.54 15.40
051131982147 TAPE <A> 7.98
3M WHITE DUCT TAPE 60YD 1PK

SUBTOTAL 23.38
SALES TAX 2.07
TOTAL $25.45
XXXXXXXXXXXX9501 DEBIT USD$ 25.45
AUTH CODE 000671
Chip Read Verified By PIN
AID A0000000042203 Debit

6877 08/05/21 03:41 PM

6877 07 52030 08/05/2021 5443

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 11/03/2021 |

DID WE NAIL IT?

Take a short survey for a chance TO WIN A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H88 111226 104356
PASSWORD: 21405 104349

Entries must be completed within 1… of purchase. Entrants must be … older to enter. See complete rule… website. No purchase necessary.

KHALIL BIRYANI HOUSE
2062 MCGRAW AVENUE
BRONX, NY 10462
9296248398

ORDER: 075
Dine-In
Cashier: MD RAHMAN
01-Aug-2021 10:14:39A
Transaction 105075

| | |
|---|---|
| 1 Custom Item | $19.00 |
| **Subtotal** | **$19.00** |
| Default 8.875% | $1.69 |
| **Total** | **$20.69** |
| DEBIT CARD AUTH | $20.69 |
| Tip | ________ |
| Total | ________ |

Retain this copy for statement validation

01-Aug-2021 10:14:45A
$20.69 | Method: EMV
US DEBIT XXXXXXXXXXXX0703
SYED UTBA
Reference ID: 121300637236 | Auth ID: 051410
MID: ********2880
AID: A0000000980840
AthNtwkNm: VISA
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/…
/49VA6V8A34QFT

**Customer Info**
Name:
SYED UTBA

Order M1JK2T5C44EDE
Payment 49VA6V8A34QF…

# Exhibit N -

## Syed Utba - Check #1499 - $30,270.81

---

CWA LOCAL 1182

# EXPENSE VOUCHER

Communications Workers of America

Name SYED UTBA

Voucher Date 08/22/22

Address

City, State, Zip

Check here for Address Change

| | Date MM/DD | MTA | Tolls | Parking | Personal Car | Other (EXPLAIN) | Total |
|---|---|---|---|---|---|---|---|
| | | | | | WEEK 1 | | |
| | SUNDAY / | | | | | FAMALY FUN DAY | 30270.1 |
| | MONDAY / | | | | | WATER DISTRIBUTION | |
| | TUESDAY / | | | | | | |

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182

1499

Syed Utba

8/23/2022

Members' Activities:Promotions & Refres Family Fun Day Members Activity 30,270.81

CHASE BANK-OPER Family Fun Day Members Activity 30,270.81

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

| Date | Miles | From | To | Explanation of Activities and Expenses : |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THIS CERTIFIES THAT THE AMOUNTS SHOWN ON THIS VOUCHER WERE INCURRED BY ME ON BEHALF OF CWA 1182.

(VOUCHER MUST BE SIGNED BY THE ORIGINATOR AND ALSO HAVE APPROVAL SIGNATURE BEFORE EXPENSES MAY BE REIMBURSED.

Signature: Approval Signature:

LOCAL 1182

# EXPENSE VOUCHER

Communications Workers of America

Name SYED UTBA Voucher Date 08/22/22

Address

City, State, Zip

☐ Check here for Address Change

| | Date MM/DD | MTA | Tolls | Parking | Personal Car | Other (EXPLAIN) | Total |
|---|---|---|---|---|---|---|---|
| | WEEK 1 | | | | | | |
| | SUNDAY / | | | | | FAMALY FUN DAY | 30270.19 |
| | MONDAY / | | | | | WATER DISTRIBUTION | |
| | TUESDAY / | | | | | | |

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1182**

14

Syed Utba

Members' Activities:Promotions & Refres Family Fun Day Members Activity 8/23/2022

30,270.81

CHASE BANK-OPER Family Fun Day Members Activity

30,270.81

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

82873827001

Auto Travel Report

| Date | Miles | From | To | |
|---|---|---|---|---|
| | | | | |

THIS CERTIFIES THAT THE AMOUNTS SHOWN ON THIS VOUCHER WERE INCURRED BY ME ON BEHALF OF CWA 1182.

(VOUCHER MUST BE SIGNED BY THE ORIGINATOR AND ALSO HAVE APPROVAL SIGNATURE BEFORE EXPENSES MAY BE REIMBURSED.

Signature: Approval Signature:

# Exhibit O -

# Jetro - AAS Empowerment LLC Receipt

8/12/2022 2:44:17 PM

PAY
Call Dwane
[signature]

Branch 818 Bronx,NY

JETRO CASH & CARRY

Branch: 818 - 100 Oak Point Avenue, Bronx, NY 10474
Phone: 718-665-3910 Fax: 718-585-9210

**Price Quote** **339838** **** THIS IS NOT AN INVOICE ****

| | | | |
|---|---|---|---|
| Customer | 81899544 | Order Date | 08/10/2022 |
| Business Name | AAS EMPOWERMENT LLC | Order Amount | 10,357.95 |
| Address | 2718,MARION AVE # 3A<br>BRONX, NY 104583817 | Amount Paid | 0.00 |
| | | Balance Due | 10,357.95 |
| Phone | 9292286173 | | |

| Line | UPC | Item | Description | Price | C/U | Qty | Total T |
|---|---|---|---|---|---|---|---|
| 1 | 8768400444 | 430442 | CAPRI SUN VRTY PK 10PK | 11.12 | U (T) | 75.00 | 834.00 T |
| 2 | 7572000555 | 44002 | POLAND SPRING WTR 8Z SP | 7.49 | U (T) | 50.00 | 374.50 T |
| 3 | Coupon | 50499 | Poland August 8oz | -1.00 | | 50.00 | -50.00 |
| 4 | 114 | Surcharge | BOTTLE DEPOSIT 48PK | 2.40 | U | 50.00 | 120.00 |
| 5 | 1300051215 | 2330158 | PC KETCHUP HEINZ 750CT SP | 23.99 | U | 2.00 | 47.98 |
| 6 | 1300063050 | 33174 | PC MUST CLB PK HNZ 500XT | 19.21 | U | 2.00 | 38.42 |
| 7 | 4800135165 | 2330213 | PC MAYO HELLMANN 210CT | 25.62 | U | 2.00 | 51.24 |
| 8 | 2100067896 | 2020075 | SAUC BBQ KRAFT 4/1GAL | 45.82 | C | 2.00 | 91.64 |
| 9 | 4900005847 | 441542 | DIET COKE CANS 12Z SP | 18.49 | U (T) | 3.00 | 55.47 T |
| 10 | Coupon | 50523 | August Flyer Coke Cans 74843 NY | -1.80 | | 3.00 | -5.40 |
| 11 | 119 | Surcharge | BOTTLE DEPOSIT 35PK | 1.75 | U | 3.00 | 5.25 |
| 12 | 4169912061 | 440621 | C&C ORANGE SODA 12Z | 7.26 | U (T) | 23.00 | 166.98 T |
| 13 | 109 | Surcharge | BOTTLE DEPOSIT 24PK | 1.20 | U | 23.00 | 27.60 |
| 14 | 4169912031 | 440620 | C&C GRAPE SODA 12Z | 7.26 | U (T) | 30.00 | 217.80 T |
| 15 | 109 | Surcharge | BOTTLE DEPOSIT 24PK | 1.20 | U | 30.00 | 36.00 |
| 16 | 4169912011 | 440618 | C&C COLA 12Z | 7.26 | U (T) | 31.00 | 225.06 T |
| 17 | 109 | Surcharge | BOTTLE DEPOSIT 24PK | 1.20 | U | 31.00 | 37.20 |
| 18 | 3700073856 | 1390144 | BOUNTY SAS 94CT SP | 22.49 | U (T) | 2.00 | 44.98 T |
| 19 | Coupon | 50384 | BOUNTY SAS PAPER TOWEL 94CT | -2.50 | | 2.00 | -5.00 |
| 20 | 2790100624 | 14427 | FOIL 18IX500 HVY | 52.17 | U (T) | 1.00 | 52.17 T |
| 21 | 7664210368 | 60502 | 6HR HANDY WICK FUE | 42.31 | U (T) | 2.00 | 84.62 T |
| 22 | 4133103842 | 44062 | GOYA ADOBO W/PEPPR 28Z | 49.08 | C | 1.00 | 49.08 |
| 23 | 76069557354 | 52727 | SO SEASON SALT CQ 24Z | 5.38 | U | 4.00 | 21.52 |
| 24 | 20770880000 | 77088 | CHIC LEG QTR SMALL R/W | 0.69 | U | 600.00 | 414.00 |
| 25 | 7433800640 | 1450913 | FRANK BF SKLS 11/1 SP | 119.70 | C | 7.00 | 837.90 |
| 26 | 2057177325 | 77325 | BF PATTY 4Z FLAT FROZEN | 35.96 | U | 40.00 | 1,438.40 |
| 27 | 2060042571 | 42571 | PD CORN FRESH 48CT | 22.96 | U | 40.00 | 918.40 |
| 28 | 3338340240 | 42541 | PD WATERMELON BIN 45CT | 6.95 | U | 4.00 | 27.80 |
| 29 | 8086801010 | 20073 | DR PRAIGR VEG BURG 10# | 41.63 | U | 50.00 | 2,081.50 |
| 30 | 7133061322 | 2830551 | BRD HOT DOG BUNS 16CT | 2.55 | U | 135.00 | 344.25 |
| 31 | 3450046187 | 29962 | CHZ AMER Y160V LOL 5LB | 120.41 | C | 1.00 | 120.41 |
| 32 | 7870080387 | 2831738 | BRD HAM 5INCH SEED 12CT | 3.49 | U | 250.00 | 872.50 |
| 33 | 1541434120 | 2020212 | SAUC JERK MILD WW* 10Z | 5.05 | U | 3.00 | 15.15 |
| 34 | 3384480005 | 1780724 | BS GARLIC POWDER 3Z | 11.39 | U | 2.00 | 22.78 |
| 35 | 3384480011 | 1780729 | BS PAPRIKA 2Z | 11.05 | U | 2.00 | 22.10 |
| | | | R&W NAPKINS 250CT 250CT | | | | |

8/12/2022 2:44:17 PM

Branch 818 Bronx,NY

Branch: 818 - 100 Oak Point Avenue, Bronx, NY 10474
Phone: 718-665-3910 Fax: 718-585-9210

**Price Quote** **339838** **** THIS IS NOT AN INVOICE ****

| | | | |
|---|---|---|---|
| Customer | 81899544 | Order Date | 08/10/2022 |
| Business Name | AAS EMPOWERMENT LLC | Order Amount | 10,357.95 |
| Address | 2718,MARION AVE # 3A | Amount Paid | 0.00 |
| | BRONX, NY 104583817 | Balance Due | 10,357.95 |
| Phone | 9292286173 | | |

| Line | UPC | Item | Description | Price | C/U | Qty | Total T |
|---|---|---|---|---|---|---|---|
| 36 | 5070003272 | 1850373 | SP | 17.99 | U (T) | 1.00 | 17.99 T |
| 37 | 4460032064 | 720858 | KINGSFORD BRIQUETS 16# | 10.58 | U (T) | 20.00 | 211.60 T |
| 38 | 1541454121 | 26559 | SAUC JERK SEAS WW* 1OZ | 6.39 | U | 3.00 | 19.17 |
| 39 | 74938400107 | 50006 | CONT FL STM D 2019 T | 74.46 | U (T) | 2.00 | 148.92 T |
| 40 | 2840004403 | 30414 | DORITOS NACHO 50 CT SP | 17.99 | U | 2.00 | 35.98 |
| 41 | 2840020649 | 233680 | CHEETOS PUFFS .875Z SP | 17.99 | U | 2.00 | 35.98 |
| 42 | 2840032628 | 230012 | DORITOS COOL RANCH 50CT SP | 17.99 | U | 2.00 | 35.98 |

| | |
|---|---|
| Sub-Total | 10,141.92 |
| NY Tax $216.03 | |
| Total Tax | 216.03 |
| Delivery Charge | 0.00 |
| Grand Total | 10,357.95 |

Total Cases : 11
Total Units : 1453
Total Pieces : 1396
Cube/Weight: 575.10 / 9,401.16

Comments:

# Exhibit P -

# Panshi - Mohammad Receipt

# PANSHI

Restaurant & Party Hall

"আবার আসিব ফিরে, পানসীর তীরে"

PANSHI

1046

168-37/39 Hillside Ave
Jamaica, NY 11432.
Tel :718-480-8516

Name : Nur Mohammad

Tel : 917 348 9702

Address :

People :

Delivery Date : 08/15/22

Delivery Day : Monday

Time : 7:30 a.m

| Sl. No. | Item | Rate per Order | Quantity | Amount US$ |
|---|---|---|---|---|
| 1. | ~~40~~ Chapati | 2 | 40 | 80 |
| 2. | | | | |
| 3. | Half Tray Mix | | | |
| 4. | Veg | | | 45 |
| 5. | | | | |
| 6. | Half Tray Chana | | | |
| 7. | Dal | | | 30 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | Rate | | | |
| 16. | 18% Service Charge Apply | | | |

Pick up
Full Paid

☐ Visa ☐ Master Card

| | |
|---|---|
| Sales Tax | 13.76 |
| Total | 155+1376 |
| Advance | |
| Balance | |

Deposite Money are Not Refundable

Signature:

Customer Signature:

☐ Delivery ☐ Pick

# Exhibit Q -

# Five Below

0700

five BELOW
fivebelow.com

08003 YONKERS, NY
2642 CENTRAL PARK AVE
YONKERS, NY 10710
914-370-4526
SALE

| | | |
|---|---|---|
| 1922340250855 | B22 SELF LOVE CLUB | $2.00T |
| 1 @ $2.00 | | |
| 1922342700334 | PRINT PATCH BP RAINB | $5.00T |
| 1 @ $5.00 | | |
| 1922343201298 | CAMO DBL BUCK BP LAV | $5.00T |
| 1 @ $5.00 | | |
| 1922342700341 | PRINT PATCH BP UNI22 | $5.00T |
| 1 @ $5.00 | | |
| 1922343450603 | SINGL WEBBING BP PUR | $5.00T |
| 1 @ $5.00 | | |
| 1922342800058 | CRITTER POCKET BP CA | $5.00T |
| 1 @ $5.00 | | |
| 1922342800065 | CRITTER POCKET BP SH | $5.00T |
| 1 @ $5.00 | | |
| 1922342700358 | PRINT PATCH BP SPACE | $5.00T |
| 1 @ $5.00 | | |
| 1922343250524 | ASYMETRC RIP CORD BL | $5.00T |
| 1 @ $5.00 | | |
| 1922343201137 | BASIC BP PINK22 | $5.00T |
| 1 @ $5.00 | | |
| 1922343250449 | SIMPLE CLR BLOK BLU2 | $5.00T |
| 1 @ $5.00 | | |
| 1922340250855 | B22 SELF LOVE CLUB | $2.00T |
| 1 @ $2.00 | | |
| 1922343201250 | RIPCORD BP NAVY22 | $5.00T |
| 1 @ $5.00 | | |
| 1922343201274 | CAMO DBL BUCK BP BLK | $5.00T |
| 1 @ $5.00 | | |
| 1922343201182 | SPACEDYE DYNAMIC BP | $5.00T |
| 1 @ $5.00 | | |
| 1922343201274 | CAMO DBL BUCK BP BLK | $5.00T |
| 1 @ $5.00 | | |
| 1922343201274 | CAMO DBL BUCK BP BLK | $5.00T |
| 1 @ $5.00 | | |
| 1922343201120 | BASIC BP NAVY22 | $5.00T |
| 1 @ $5.00 | | |
| 1922343201113 | BASIC BP RED22 | $5.00T |
| 1 @ $5.00 | | |
| 1922343450573 | SINGL WEBBING BP BLK | $5.00T |
| 1 @ $5.00 | | |

| | |
|---|---|
| Subtotal | $94.00 |
| Sales Tax 8.875% | $8.34 |
| Total | $102.34 |
| MasterCard | $102.34 |

Card No. XXXXXXXXXXXX9488
Expiration Date XX/XX
Auth. No. 010034
ENTRY METHOD: Chip Read
CHIP IND: CONTACT
AID: A0000000041010
APPL: Mastercard
ARC: 00
Store: 08003 Reg: 02 Tran: 040174
Date: 8/10/2022 5:23:04 PM Assoc: 111111

the answer is "yes!"
exchange unopened or defective products for the same item or another item of equal value any time. Receive a full refund in the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0800302040174081022

HODGE

FIVE BELOW
fivebelow.com

00342 BRNX PELHAM MANOR NYC
846 PELHAM PARKWAY
PELHAM MANOR, NY 10803
914 738-3492
SALE

| | | |
|---|---|---|
| 192234320113? BASIC BP PINK22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343450603 SINGL WEBBING BP PUR | | $5.00T |
| 1 @ $5.00 | | |
| 1922342700327 PRINT PATCH BP SM E | | $5.00T |
| 1 @ $5.00 | | |
| 1922343250562 TRAVEL BP GRY22 | | $5.00T |
| 1 @ $5.00 | | |
| 19223432012?8 CAMO DBL BUCK BP LAV | | $5.00T |
| 1 @ $5.00 | | |
| 1922343250432 SIMPLE CLR BLOK ORAN | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201106 BASIC BP BLK22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343300618 DBL WEBBING BP RED22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201281 CAMO DBL BUCK BP WHT | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201236 RIPCORD BP GRY22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201298 CAMO DBL BUCK BP LAV | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201243 RIPCORD BP RED22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343250500 ROLL TOP BP BLU22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343250500 ROLL TOP BP BLU22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201274 CAMO DBL BUCK BP BLK | | $5.00T |
| 1 @ $5.00 | | |
| 1922343300601 DBL WEBBING BP BLU22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343450580 SINGL WEBBING BP NAV | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201229 RIPCORD BP BLU22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343300618 DBL WEBBING BP RED22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201243 RIPCORD BP RED22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922342700341 PRINT PATCH BP UNI22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922342700334 PRINT PATCH BP RAINB | | $5.00T |
| 1 @ $5.00 | | |
| 1922343201236 RIPCORD BP GRY22 | | $5.00T |
| 1 @ $5.00 | | |
| 1922343200727 WEBBING HANDL BP GRE | | $5.00T |
| 1 @ $5.00 | | |

| | |
|---|---|
| Subtotal | $120.00 |
| Sales Tax 8.375% | $10.05 |
| Total | $130.05 |
| Cash | $130.05 |

Store: 00342 Reg: 02 Tran: 279554
Date: 8/11/2022 6:13:31 PM Assoc: 111111

the answer is "yes!"
exchange unopened or defective products for the same item or another item of equal value any time. Receive a full refund in the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

003420227955408 1122

OTOO

five BELOW
fivebelow.com

00358 GEORGETOWN BKLN NY
2183 RALPH AVE
BROOKLYN, NY 11234
718-241-5470
SALE

1922342700341 PRINT PATCH BP UNI22 $10.00T
2 @ $5.00 = $10.00
1922342700334 PRINT PATCH BP RAINB $5.00T
1 @ $5.00
1922342700358 PRINT PATCH BP SPACE $10.00T
2 @ $5.00 = $10.00
1922343201298 CAMO DBL BULK BP LAV $5.00T
1 @ $5.00
192234048467 SPORTY RIPCORD $5.00T
1 @ $5.00
1922343250500 ROLL TOP BP BLU22 $5.00T
1 @ $5.00
192234048467 SPORTY RIPCORD $5.00T
1 @ $5.00
1922343300618 DBL WEBBING BP RED22 $5.00T
1 @ $5.00

Subtotal $50.00
Sales Tax 8.875% $4.44

Total $54.44

American Express $54.44
Card No. XXXXXXXXXXXX1065
Expiration Date XX/XX
Auth. No. 869676
ENTRY METHOD: Chip Read
CHIP IND: CONTACT
AID: A000000025010801
APPL: AMERICAN EXPRESS
ARC: 00
Store: 00358 Reg: 01 Tran: 265587
Date: 8/11/2022 1:33:55 PM Assoc: 589672
the answer is "yes!"
exchange unopened or defective products for the same item or another item of equal value any time. Receive a full refund in the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0035801265587081122

Jackson

five BELOW
fivebelow.com

0034. BRNX PELHAM MANOR NYC
845 PELHAM PARKWAY
PELHAM MANOR, NY 10803
914-738-3492
SALE

| | | |
|---|---|---|
| 1922343250524 ASYMETRC RIP CORD BL | $5.00T |
| 1 @ $5.00 | |
| 1922343201250 [illegible] BP NAVY22 | $5.00T |
| 1 @ $5.00 | |
| 1922343201120 BASIC BP NAVY22 | $5.00T |
| 1 @ $5.00 | |
| 1922343450603 SINGL WEBBING BP PUR | $5.00T |
| 1 @ $5.00 | |
| 1922343250494 ROLL TOP BP BLK22 | $5.00T |
| 1 @ $5.00 | |
| 1922342700358 PRINT PATCH BP SPACE | $5.00T |
| 1 @ $5.00 | |
| 1922342700334 PRINT PATCH BP RAINB | $5.00T |
| 1 @ $5.00 | |
| 1922342700358 PRINT PATCH BP SPACE | $5.00T |
| 1 @ $5.00 | |
| 1922342700327 PRINT PATCH BP SMILE | $5.00T |
| 1 @ $5.00 | |
| 1922343250548 ASYMETRC RIP CORD GR | $5.00T |
| 1 @ $5.00 | |
| 1922343201281 CAMO DBL BUCK BP WHT | $5.00T |
| 1 @ $5.00 | |
| 1922343201182 SPACEDYE DYNAMIC BP | $5.00T |
| 1 @ $5.00 | |
| 1922343201168 QUILTED BP LAV22 | $5.00T |
| 1 @ $5.00 | |
| 1922343450603 SINGL WEBBING BP PUR | $5.00T |
| 1 @ $5.00 | |
| 1922343201274 CAMO DBL BUCK BP BLK | $5.00T |
| 1 @ $5.00 | |
| 1922343300601 DBL WEBBING BP BLU22 | $5.00T |
| 1 @ $5.00 | |
| 1922343201274 CAMO DBL BUCK BP BLK | $5.00T |
| 1 @ $5.00 | |
| 1922343201281 CAMO DBL BUCK BP WHT | $5.00T |
| 1 @ $5.00 | |
| 1922343201298 CAMO DBL BUCK BP LAV | $5.00T |
| 1 @ $5.00 | |
| 1922343201199 SPACEDYE DYNAMIC BP | $5.00T |
| 1 @ $5.00 | |
| 1922343201298 CAMO DBL BUCK BP LAV | $5.00T |
| 1 @ $5.00 | |
| 1922343250432 SIMPLE CLR BLOK ORAN | $5.00T |
| 1 @ $5.00 | |
| 1922343250449 SIMPLE CLR BLOK BLU2 | $5.00T |
| 1 @ $5.00 | |
| 1922343250432 SIMPLE CLR BLOK ORAN | $5.00T |
| 1 @ $5.00 | |

| | |
|---|---|
| Subtotal | $120.00 |
| Sales Tax 8.375% | $10.05 |
| Total | $130.05 |
| Visa | $130.05 |

Card No. XXXXXXXXXXXX2021
Expiration Date XX/XX
Auth. No. 011770
ENTRY METHOD: Chip Read
CHIP IND: CONTACT
AID: A0000000031010
APPL: VISA CREDIT
TVR: 8080008000
TSI: 6800
IAD: 06171203602000
ARC: 00
CVM: SIGNATURE
MODE: ISSUER

Please Retain for Your Records

Store 00342 Reg: 02 Tran: 27955
Date: 8/11/2022 6:29:12 PM As: 11111

the answer is "yes!"

1046

# PANSHI

Restaurant & Party Hall

"আবার আসিব ফিরে, পানসীর তীরে"

PANSHI

168-37/39 Hillside Ave
Jamaica, NY 11432.
Tel :718-480-8516

Name: Nur Mohammad
Tel: 917 348 9702
Address:

People:
Delivery Date: 08/15/22
Delivery Day: Monday
Time: 7:30 a.m

| Sl. No. | Item | Rate per Order | Quantity | Amount US$ |
|---|---|---|---|---|
| 1. | ~~40~~ Chapati | 2 | 40 | 80 |
| 2. | | | | |
| 3. | Half Tray mix | | | |
| 4. | veg | | | 45 |
| 5. | | | | |
| 6. | Half tray Chana | | | |
| 7. | Dal | | | 30 |
| 8. | | | | |
| 9. | | | | |
| 10. | Pick up | | | |
| 11. | Full paid | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | Rate | | | |
| 16. | 18% Service Charge Apply | | | |

☐ Visa ☐ Master Card

| | |
|---|---|
| Sales Tax | 13.76 |
| Total | 155+ 13.76 |
| Advance | |
| Balance | |

**Deposite Money are Not Refundable**

Signature:

Customer Signature:

☐ Deliv... ☐ P...

OTOO

five BELOW
fivebelow.com

00358 GEORGETOWN BKLN NY
2163 RALPH AVE
BROOKLYN, NY 11234
718-241 5470
SALE

1922343200512 TOP HANDLE BP BLUZZ $50.00T
10 @ $5.00 = $50.00

Subtotal $50.00
Sales Tax 8.875% $4.44

Total $54.44

Cash $55.00
Cash Change $0.56
Store: 00358 Reg: 03 Tran: 092912
Date: 8/10/2022 3:50:17 PM Assoc: 687743
the answer is "yes!"
exchange unopened or defective products
for the same item or another item of equal
value any time. Receive a full refund in
the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0 0 3 5 8 0 3 0 9 2 9 1 2 0 8 1 0 2 2

five BELOW
fivebelow.com

00353 BRNX BROADWAY PLAZA NY
171 WEST 230TH ST
BRONX, NY 10463
718-884-2316
SALE

025725540044 JR. SYNTHETIC LEATHE $5.00T
1 @ $5.00
032187532012 FRISBEE SUPER FLYER $4.00T
1 @ $4.00
032187532036 FRISBEE SUPER FLYER $4.00T
1 @ $4.00
032187500707 FRISBEE GO 4JULY $1.00T
1 @ $1.00
032187500974 LED FRISBEE WT $5.00T
1 @ $5.00
810013718430 14 PLAYBALL LIGHTNIN $5.00T
1 @ $5.00
192234015681 BADMINTON NET $5.00T
1 @ $5.00
874270008031 8PK TENNIS BALLS MES $5.00T
1 @ $5.00
038805162913 PLAYGROUND BALL SP22 $5.00T
1 @ $5.00
Bag Tax $0.10N
1 @ $0.10

Subtotal $39.10
Sales Tax 8.875% $3.46

Total $42.56

Debit $42.56
Card No. XXXXXXXXXXXX
Expiration Date
Auth. No. 871084
ENTRY METHOD: Chip Read
CHIP IND: CONTACT
AID: A0000000980840
APPL: US DEBIT
ARC: 00
**Store: 00353 Reg: 06 Tran: 041560**
**Date: 8/10/2022 7:53:27 PM Assoc: 111111**
the answer is "yes!"
exchange unopened or defective products for the same item or another item of equal value any time. Receive a full refund in the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0 0 3 5 3 0 6 0 4 1 5 6 0 0 8 1 0 2 2

five BELOW
fivebelow.com

08008 MANHATTAN 5TH AVE NY
530 FIFTH AVENUE
NEW YORK, NY 10036
(332)-208-6937
SALE

0756[illegible]98254 FUN HOOPS 34IN PINK $144.00T
72 @ $2.00 = $144.00
038805525008 SP22 VOLLEYBALL WHIT $5.00T
1 @ $5.00
038805525008 SP22 VOLLEYBALL WHIT $5.00T
1 @ $5.00
052125142851 SP22 COUNTRY SOCCER $5.00T
1 @ $5.00
052125142875 SP22 COUNTRY SOCCER $5.00T
1 @ $5.00
038805162920 PLAYGROUND BALL SP22 $5.00T
1 @ $5.00
038805162968 PLAYGROUND BALL SP22 $5.00T
1 @ $5.00
810062770090 GIANT CHESS $5.00T
1 @ $5.00
810062779437 GIANT CHECKERS $5.00T
1 @ $5.00
1922340350814 BEAN BAG TOSS PK $5.00T
1 @ $5.00
19223[illegible]350814 BEAN BAG TOSS PK $5.00T
1 [illegible] 5.00
1922[illegible]900379 PARACHUTE GAME BL $10.00T
2 @ [illegible]5.00 = $10.00

Subtotal $204.00
Sales Tax 8.875% $18.11

Total $222.11

[illegible]
Cash Change $0.89
**Store: 08008 Reg: 08 Tran: 281396**
**Date: 7/30/2022 11:14:56 AM Assoc: 592108**
the answer is "yes!"
exchange unopened or defective products for the same item or another item of equal value any time. Receive a full refund in the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0 8 0 0 8 0 8 2 8 1 3 9 6 0 7 3 0 2 2

KFC
Restaurant #F569013
152-12 Rockaway Blvd.
(718)525-9603
Ticket #3495
2022-08-15 12:11 PM
F569013 3 168 3495
====================================
Cashier: [illegible]aquana
====================================

| | |
|---|---|
| 3pc Combo | 9.29 |
| Ind Mash/ Gvy | |
| Biscuit | |
| 20oz Bottle | |
| Ta[illegible] | 0.82 |
| CARRY OUT | $10.11 |
| ETender Credit | $10.11 |
| Change | $0.00 |

====================================
CHARGE DETAIL:SALE
Card Type: Mastercard
Account: ************3898 R
Auth Code: 68753B
Trans #: 3495
Auth Ref: 6
AUTH AMT: $10.11
EMV AID: A0000000041010
EMV TVR: 0000008001
EMV Application Name: Mastercard
************************************
We are here for you.
Next time, order
ahead at KFC.com
************************************
FREE CHICKEN SANDWICH
with purchase of Chicken Sandwich
Tell us about your visit at:
www mykfcexperience.com
within 7 days using survey code:
F56901308152[illegible]3495
Validation code to redeem in store:
______ ____________________
Void where prohibited, Limit 1 per guest
per visit. Valid only at this KFC.
Cannot be combined. Expires in 30 days.
Feedback or Questions?
kfc com/about/contact-us
************************************
Thanks * Don't be a Stranger!

five BELOW
fivebelow.com

08083 MANHATTAN UNION SQUARE N
40 E 14th St.
Manhattan, NY 10003
332.208.6626
SALE

| | |
|---|---|
| 1922349050180 7FT JMP RP FLR PK | $3.25T |
| 1 @ $3.25 | |
| 1922343300359 TETHERBALL SET | $5.00T |
| 1 @ $5.00 | |
| 1922349050180 7FT JMP RP FLR PK | $3.25T |
| 1 @ $3.25 | |
| 1922349050180 7FT JMP RP FLR PK | $3.25T |
| 1 @ $3.25 | |
| 1922349050258 7FT JMP RP TWRL PR | $3.25T |
| 1 @ $3.25 | |
| 1922349050265 7FT JMP RP TWRL GN | $3.25T |
| 1 @ $3.25 | |
| 1922349050265 7FT JMP RP TWRL GN | $3.25T |
| 1 @ $3.25 | |
| 810028219236 2 IN 1 POTATO SACK A | $5.00T |
| 1 @ $5.00 | |
| 810028219236 2 IN 1 POTATO SACK A | [illegible]5.00T |
| 1 @ $5.00 | |
| 8100[illegible]219236 2 IN 1 POTATO SACK A | [illegible]5.00T |
| 1 @ $5.00 | |
| Subtotal | $39.50 |
| Sales Tax 8.875% | $3.51 |
| Total | $43.01 |
| Cash | $6[illegible] |
| Cash Change | $17.00 |

Store: 08083 Reg: 03 Tran: 013649
Date: 7/30/2022 12:08:07 PM Assoc: 111111
the answer is "yes!"
exchange un[illegible] or defective products
for the same item or another item of equal
value any time. Receive a full refund in
the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW[illegible]/CAREERS

0 8 0 8 3 0 3 0 1 3 6 4 9 0 7 3 0

five BELOW
fivebelow.com

00362 262 ATLANTIC AVE BKLN N
262 ATLANTIC AVE
BROOKLYN, NY 11201
917.398.9782
SALE

1922342700341 PRINT PATCH BP UNI22 $20.00T
4 @ $5.00 = $20.00

Subtotal $20.00
Sales Tax 8.875% $1.78

Total $21.78

MasterCard $21.78
Card No. XXXXXXXXXXXX2894
Expiration Date XX/XX
Auth No. 01296P
ENTRY METHOD: Chip Read
CHIP IND: CONTACT
AID: A0000000041010
APPL: Mastercard
ARC: 00
**Store: 00362 Reg: 10 Tran: 035474**
**Date: 8/12/2022 10:09:36 AM Assoc: 111111**
the answer is "yes!"
exchange unopened or defective products
for the same item or another item of equal
value any time. Receive a full refund in
the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0 0 3 6 2 1 0 0 3 5 4 7 4 0 8 1 2 2 2

five BELOW
fivebelow.com

00362 262 ATLANTIC AVE BKLN N
262 ATLANTIC AVE
BROOKLYN, NY 11201
917.398.9782
SALE

1922343201229 RIPCORD BP BLU22 $105.00T
21 @ $5.00 = $105.00

Subtotal $105.00
Sales Tax 8.875% $9.32

Total $114.32

Cash $115.00
Cash Change $0.68
**Store: 00362 Reg: 03 Tran: 041845**
**Date: 8/12/2022 10:06:52 AM Assoc: 111111**
the answer is "yes!"
exchange unopened or defective products
for the same item or another item of equal
value any time. Receive a full refund in
the original form of payment with receipt.

Thank You For Shopping!
Now Hiring! Go to FIVEBELOW.COM/CAREERS

0 0 3 6 2 0 3 0 4 1 8 4 5 0 8 1 2 2 2